UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
)
)
)
IN THE MATTER OF                    )       INDEX NO. 16-10222-JLG
)
)
)                                            NOTICE OF MOTION
RAHUL MANCHANDA                     )       FOR CONTEMPT AGAINST
)                                            ROBERT MERCER-FALKOFF
)
)
------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Rahul Manchanda duly affirmed the 1st day of February 2016, the annexed Memorandum of Law, and all the Pleadings and Proceedings heretofore had herein, the Undersigned will move this Honorable Court on February 9, 2016 at 9 AM at US SDNY Bankruptcy Court, 1 Bowling Green, New York, New York 10006 or as soon as thereafter as Counsel can be heard for an order holding Robert Mercer-Falkoff located at 678 Main St #1, Branford, CT 06405 in Civil and Criminal Contempt of Court pursuant to US Federal Bankruptcy Law and the following:

1. On the grounds that Robert Mercer-Falkoff continues to willfully fail to comply with the Automatic Stay and Protection of this Honorable Court by threatening, harassing, collecting, litigating, intimidating, filing claims, motions and pleadings, and otherwise violating federal bankruptcy protection;

2. On the grounds that even though Robert Mercer-Falkoff received Notice of Chapter 13 Bankruptcy Filing on January 29, 2016 in this case, and Debtor's current child support is both current and in fact a surplus is in his NYS Child Support Account, and Debtor is fully complying with his weekly child support payments each and every week without failure pursuant to the standing Order of the NYS Family Court and Child Support Enforcement Unit, and Debtor has timely supplied any and all financial and other requested documentation to opposing counsel Robert Mercer-Falkoff representing Debtor's ex-wife Sharie Kruzic, as well as to the court, wherein Debtor's lawyer Paul Carty both reviewed the submitted documentation and duly filed a Notice of Compliance thereon, as well as filed a Motion for Contempt so that opposing counsel and his client produce their requested information (which they have not done as of this writing), Robert Mercer-Falkoff continues to try and create controversy and conflict by engaging in additional fishing expeditions by demanding yet even more financial information that Debtor simply does not have, has

prevented Debtor from either seeing or speaking with his 2 daughters in almost 2 years, has not allowed Debtor's mother to either see or speak to her own grandchildren in almost 2 years, has openly threatened, discriminated against, harassed, humiliated, insulted, and harangued Debtor and his 70 year old mother in court mercilessly for no reason while both him and his client do whatever they want, and is otherwise looking for other grounds to either raise his current child support order in a NY Family Court Order and Agreement dated only July 2014, when Debtor is literally at the gates of financial oblivion and full stress, or is otherwise trying to devise ways of hurting and harming Debtor, his family, and his 2 children in his blatantly unethical attorney tactics and misconduct;

3. On the grounds that nothing less than a fine and incarceration will persuade Robert Mercer-Falkoff to comply with this Honorable Court's Automatic Stay and Protection from his threatening, harassing, collecting, litigating, intimidating, filing claims, motions and pleadings, and otherwise violating federal bankruptcy protection;

4. On the grounds that if Robert Mercer-Falkoff is not forced to comply with this Honorable Court's Automatic Stay and Protection from his threatening, harassing, collecting, litigating, intimidating, filing claims, motions and pleadings, and otherwise violating federal bankruptcy protection, Robert Mercer-Falkoff will have reduced federal bankruptcy protection to a shambles;

5. On the grounds that Robert Mercer-Falkoff's willful and intentional noncompliance with the Automatic Stay and Protection prohibiting his threatening, harassing, collecting, litigating, intimidating, filing claims, motions and pleadings, and otherwise violating federal bankruptcy protection of this Honorable Court have defeated, impaired, impeded and prejudiced Debtor's rights;

6. for such other further relief as this Honorable Court deems just and proper, including civil and criminal contempt, costs, and sanctions against Robert Mercer-Falkoff for violation of the US Federal Bankruptcy Law and the FDCPA, and in light of the information contained herein.

**Dated:** February 1, 2016
New York, NY

_[signature]_
Rahul Manchanda, Esq.
82 Beaver Street Apt 301
New York, NY 10005
Tel: (212) 968-8600
Fax: (212) 968-8601

To: Robert Mercer-Falkoff, 678 Main St #1, Branford, CT 06405

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    )
                                    )
IN THE MATTER OF                    )
                                    )   INDEX NO. 16-10222-JLG
                                    )
                                    )
RAHUL MANCHANDA                     )   AFFIRMATION IN SUPPORT OF
                                    )   MOTION FOR CONTEMPT
                                    )
                                    )
------------------------------------X
```

**STATE OF NEW YORK** }  :
**COUNTY OF NEW YORK** } ss

**RAHUL MANCHANDA**, an Attorney duly licensed to practice law in the State of New York, affirms the following to be true under penalty of perjury:

1. I make this Affirmation in support of this Motion for Contempt of Court against Robert Mercer-Falkoff in all respects based upon my personal knowledge of the facts and experiences I relate herein and based upon information and belief, based on the contents of the file.

2. On the grounds that Robert Mercer-Falkoff continues to willfully fail to comply with the Automatic Stay and Protection of this Honorable Court by threatening, harassing, collecting, litigating, intimidating, filing claims, motions and pleadings, and otherwise violating federal bankruptcy protection;

3. On the grounds that even though Robert Mercer-Falkoff received Notice of Chapter 13 Bankruptcy Filing on January 29, 2016 in this case, and Debtor's current child support is both current and in fact a surplus is in his NYS Child Support Account, and Debtor is fully complying with his weekly child support payments each and every week without failure pursuant to the standing Order of the NYS Family Court and Child Support Enforcement Unit, and Debtor has timely supplied any and all financial and other requested documentation to opposing counsel Robert Mercer-Falkoff representing Debtor's ex-wife Sharie Kruzic, as well as to the court, wherein Debtor's lawyer Paul Carty both reviewed the submitted documentation and duly filed a Notice of Compliance thereon, as well as filed a Motion for Contempt so that opposing counsel and his

client produce their requested information (which they have not done as of this writing), Robert Mercer-Falkoff continues to try and create controversy and conflict by engaging in additional fishing expeditions by demanding yet even more financial information that Debtor simply does not have, has prevented Debtor from either seeing or speaking with his 2 daughters in almost 2 years, has not allowed Debtor's mother to either see or speak to her own grandchildren in almost 2 years, has openly threatened, discriminated against, harassed, humiliated, insulted, and harangued Debtor and his 70 year old mother in court mercilessly for no reason while both him and his client do whatever they want, and is otherwise looking for other grounds to either raise his current child support order in a NY Family Court Order and Agreement dated only July 2014, when Debtor is literally at the gates of financial oblivion and full stress, or is otherwise trying to devise ways of hurting and harming Debtor, his family, and his 2 children in his blatantly unethical attorney tactics and misconduct;

4. On the grounds that nothing less than a fine and incarceration will persuade Robert Mercer-Falkoff to comply with this Honorable Court's Automatic Stay and Protection from his threatening, harassing, collecting, litigating, intimidating, filing claims, motions and pleadings, and otherwise violating federal bankruptcy protection;

5. On the grounds that if Robert Mercer-Falkoff is not forced to comply with this Honorable Court's Automatic Stay and Protection from his threatening, harassing, collecting, litigating, intimidating, filing claims, motions and pleadings, and otherwise violating federal bankruptcy protection, Robert Mercer-Falkoff will have reduced federal bankruptcy protection to a shambles;

6. On the grounds that Robert Mercer-Falkoff's willful and intentional noncompliance with the Automatic Stay and Protection prohibiting his threatening, harassing, collecting, litigating, intimidating, filing claims, motions and pleadings, and otherwise violating federal bankruptcy protection of this Honorable Court have defeated, impaired, impeded and prejudiced Debtor's rights;

7. for such other further relief as this Honorable Court deems just and proper, including civil and criminal contempt, costs, and sanctions against Robert Mercer-Falkoff for violation of the US Federal Bankruptcy Law and the FDCPA, and in light of the information contained herein;

**WHEREFORE**, it is respectfully requested that this Motion be granted in all respects together with such other and further relief as this

Honorable Court deems to be just and proper, including civil and criminal contempt, costs, incarceration, and sanctions against Robert Mercer-Falkoff for continuing to willfully fail to comply with the Automatic Stay and Protection of this Honorable Court by his threatening, harassing, collecting, litigating, intimidating, filing claims, motions and pleadings, and otherwise violating federal bankruptcy protection of this Honorable Court, in violation of US Federal bankruptcy Law and the FDCPA, and in light of the information contained herein.

Dated:    February 1, 2016
          New York, NY

_____
Rahul Manchanda

## CERTIFICATE OF SERVICE

On February 1, 2016, I, Rahul Manchanda, served a copy of this Motion for Contempt of Court and any attached pages to Robert Mercer-Falkoff, 678 Main St #1, Branford, CT 06405 via US Mail.

_____
By: Rahul Manchanda, Esq.
82 Beaver Street, Apt 301
New York, New York 10005
Tel: (212) 968-8600
Fax: (212) 968-8601

To:  Robert Mercer-Falkoff, 678 Main St #1, Branford, CT 06405