Fill in this information to identify the case:

Debtor 1 __RAHUL___ __DEV__ __MANCHANDA__
          First Name     Middle Name     Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of __NEW YORK__

Case number __16-10222 JLG__    Chapter __13__
(If known)

# Official Form 119
## Bankruptcy Petition Preparer's Notice, Declaration, and Signature    12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 3. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### Part 1: Notice to Debtor

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to keep your home, car, or other property after filing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer __MARC ALBAUM, C.P.A.__ has notified me of
                      Name
any maximum allowable fee before preparing any document for filing or accepting any fee.

_/s/ [signature]_          Date __2/15/2016__
Signature of Debtor 1 acknowledging receipt of this notice      MM / DD / YYYY

_____          Date _____
Signature of Debtor 2 acknowledging receipt of this notice      MM / DD / YYYY

Official Form 119      Bankruptcy Petition Preparer's Notice, Declaration, and Signature      page 1

Debtor 1    GRAJUL    DEV    MANJHANDA
          First Name    Middle Name    Last Name

Case number (if known)    16-10222-JLG

## Part 2: Declaration and Signature of the Bankruptcy Petition Preparer

**Under penalty of perjury, I declare that:**

☒ I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer.

☒ I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and

☒ if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

MARC ALBAUM, CFA      CFA      MARC ALBAUM CPA P.C.
Printed name           Title, if any           Firm name, if it applies

Number   413 GRAND STREET - PENTHOUSE R.M.
Street

City   New York    State   NY    ZIP Code   10002    Contact phone   212-674-3540

**I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:**
*(Check all that apply.)*

☐ Voluntary Petition (From 101)
☒ Statement About Your Social Security Numbers (From 121)
☒ Summary of Your Assets and Liabilities and Certain Statistical Information (From 106Sum)
☒ Schedule A/B (From 106A/B)
☒ Schedule C (From 106C)
☒ Schedule D (From 106D)
☒ Schedule E/F (From 106E/F)
☒ Schedule G (From 106G)
☒ Schedule H (From 106H)

☒ Schedule I (From 106I)
☒ Schedule J (From 106J)
☒ Declaration About an Individual Debtor's Schedules (From 106Dec)
☒ Statement of Financial Affairs (Form 107)
☒ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)
☒ Chapter 7 Statement of Your Current Monthly Income (From 122A-1)
☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
☒ Chapter 7 Means Test Calculation (Form 122A-2)

☐ Chapter 11 Statement of Your Current Monthly Income (From 122B)
☒ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (From 122C-1)
☒ Chapter 13 Calculation of Your Disposable Income (From 122C-2)
☒ Application to Pay Filing Fee in Installments (Form 103A)
☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B)
☐ A list of names and addresses of all creditors (creditor or mailing matrix)
☐ Other _____

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

_Marc Albaum, CFA_      108 44 4689      2/17/2016
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner    Social Security number of person who signed    Date MM/DD/YYYY

Mark Albaum, CPA
Printed name

_____      _____      _____
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner    Social Security number of person who signed    Date MM/DD/YYYY

Printed name