Fill in this information to identify your case:

Debtor 1  __RAHUL___  __DEV___  __MANCHANDA___
          First Name   Middle Name   Last Name

Debtor 2  _____  _____  _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __SOUTHERN__ District of __NEW YORK__

Case number  __16-10222-JLG__
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☒ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   |   | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**
Priority Creditor's Name _____
Number  Street _____
_____
City        State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name _____
Number  Street _____
_____
City        State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____  $_____  $_____
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  RAHUL DEV MANCHANDA             Case number (if known) 16-10222-JLG
         First Name  Middle Name  Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    Total claim    Priority amount    Nonpriority amount

☐

Priority Creditor's Name                        Last 4 digits of account number ___ ___ ___ ___    $_____ $_____ $_____

Number    Street                                When was the debt incurred? _____

_____      As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code                      ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

Who incurred the debt? Check one.              Type of PRIORITY unsecured claim:

☐ Debtor 1 only                                ☐ Domestic support obligations
☐ Debtor 2 only                                ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only                   ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another         intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

☐

Priority Creditor's Name                        Last 4 digits of account number ___ ___ ___ ___    $_____ $_____ $_____

Number    Street                                When was the debt incurred? _____

_____      As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code                      ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

Who incurred the debt? Check one.              Type of PRIORITY unsecured claim:

☐ Debtor 1 only                                ☐ Domestic support obligations
☐ Debtor 2 only                                ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only                   ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another         intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

☐

Priority Creditor's Name                        Last 4 digits of account number ___ ___ ___ ___    $_____ $_____ $_____

Number    Street                                When was the debt incurred? _____

_____      As of the date you file, the claim is: Check all that apply.

City    State    ZIP Code                      ☐ Contingent
                                                ☐ Unliquidated
                                                ☐ Disputed

Who incurred the debt? Check one.              Type of PRIORITY unsecured claim:

☐ Debtor 1 only                                ☐ Domestic support obligations
☐ Debtor 2 only                                ☐ Taxes and certain other debts you owe the government
☐ Debtor 1 and Debtor 2 only                   ☐ Claims for death or personal injury while you were
☐ At least one of the debtors and another         intoxicated
☐ Check if this claim is for a community debt  ☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor 1 __RAHUL DEV MANCHANDA__    Case number (if known) __16-10222-JLG__
         First Name  Middle Name  Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**4.1**
Nonpriority Creditor's Name: __ACS Education Services__
Number Street: __PO Box 7051__
City: __Utica__  State: __NY__  ZIP Code: __13504__

Last 4 digits of account number: __8 4 5 3__
When was the debt incurred? __1/29/2016__
Total claim: $ __122,741.97__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☒ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?
☒ No
☐ Yes

**4.2**
Nonpriority Creditor's Name: __Time Warner Cable Business Class__
Number Street: __60 Columbus Circle__
City: __New York__  State: __NY__  ZIP Code: __10023__

Last 4 digits of account number: __6 7 4 8__
When was the debt incurred? __1/29/2016__
$ __~1500.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Internet / Cable Bill__

Is the claim subject to offset?
☐ No
☐ Yes

**4.3**
Nonpriority Creditor's Name: __Stericycle Communications__
Number Street: __28161 N. Keith Drive__
City: __Lake Forest__  State: __IL__  ZIP Code: __60045__

Last 4 digits of account number: __6 3 5 0__
When was the debt incurred? __1/29/2016__
$ __~2000__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Answering Service__

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

Debtor 1 __RAHUL__ __DEV__ __MANCHANDA__    Case number (if known) __16-10222-JLG__
         First Name  Middle Name  Last Name

**Part 2:** Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

☐ Nonpriority Creditor's Name: __Weill Cornell Medical College__
Number Street: __575 Lexington Ave Suite 540__
City/State/ZIP: __New York, NY 10022-6102__

Last 4 digits of account number __8 4 5 3__    $ __1000__
When was the debt incurred? __1/29/16__

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Medical Bill__

---

☐ Nonpriority Creditor's Name: __PCB__
Number Street: __PO Box 9060__
City/State/ZIP: __Hicksville, NY 11802-9060__

Last 4 digits of account number __6715__    $ __509.00__
When was the debt incurred? __1/29/16__

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Medical Bill__

---

☐ Nonpriority Creditor's Name: __NY Presbyterian__
Number Street: __PO Box 3475__
City/State/ZIP: __Toledo, OH 43607-0475__

Last 4 digits of account number __6 0 3 3__    $ __2183.30__
When was the debt incurred? __1/29/16__

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Medical Bill__

---

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City         State    ZIP Code | Last 4 digits of account number __ __ __ __ |

_(Repeated blank entry blocks for Name/Number Street/City State ZIP Code with corresponding "On which entry in Part 1 or Part 2 did you list the original creditor?", Line ___ of (Check one): Part 1/Part 2 checkboxes, and Last 4 digits of account number fields — 7 total blocks on page.)_

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor 1  RAHUL DEV MAKHAMM     Case number (if known) 16-10222-JLG
First Name  Middle Name  Last Name

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

Total claims from Part 1

| | | |
|---|---|---|
| 6a. Domestic support obligations | 6a. | $ 0 CURRENT of $250/WK |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ 330,603.99 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | +$ 129,934.27 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ 460,537.99 |



**Total claim**

Total claims from Part 2

| | | |
|---|---|---|
| 6f. Student loans | 6f. | $ 122,741.97 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | +$ ~7192.30 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ ~129934.27 |