Fill in this information to identify your case:

Debtor: RAHUL DEV MANCHANDA (First Name / Middle Name / Last Name)

Debtor 2 (Spouse If filing): _____

United States Bankruptcy Court for the: SOUTHERN District of NEW YORK

Case number (If known): 16-10222-JLG

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | TIME WARNER CABLE BUSINESS CLASS<br>60 COLUMBUS CIRCLE<br>NEW YORK, NY 10023 | |
| 2.2 | STERICYCLE COMMUNICATIONS<br>28161 N. KEITH DR<br>LAKE FOREST, IL 60045 | |
| 2.3 | VERIZON WIRELESS<br>7701 J. JOHNSON STREET - MC-TXD01613<br>SAN ANGELO, TX 76904 | |
| 2.4 | SOUTHERN CONNECTICUT STATE UNIVERSITY<br>501 CRESCENT STREET<br>NEW HAVEN, CT 06515 | MARRIAGE & FAMILY THERAPY |
| 2.5 | NYS Child Support Processing Center<br>PO BOX 15368<br>Albany, NY 12212-5368 | |

Official Form 106G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of ___

Debtor 1  RAHUL DEV MANCHANDA
         First Name  Middle Name  Last Name

Case number (if known)  16-10222-JLG

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | What the contract or lease is for |

**2.2**
Name: KOLB & ASSOCIATES
Number/Street: 49 HIGH STREET
City/State/ZIP: EAST HAVEN, CT 06512

**2._**
Name: NY HEALTH & RAQUETBALL CLUB
Number/Street: 39 WHITEHALL STREET
City/State/ZIP: NEW YORK, NY 10004

**2._**
Name: GOOGLE ADWORDS
Number/Street: 76 NINTH AVENUE - 4TH FLR
City/State/ZIP: NEW YORK, NY 10011

**2._**
Name: BING MICROSOFT Ads
Number/Street: 1 Microsoft Way
City/State/ZIP: Redmond, WA 98052-6399

**2._**
Name: Netflix
Number/Street: 100 Winchester
City/State/ZIP: Los Gatos, CA 95032

**2._**
Name: E-Fax / J-2 Global
Number/Street: 6922 Hollywood Blvd
City/State/ZIP: Hollywood, CA 90028

**2._**
Name: AILA
Number/Street: Suite 300, 1331 G Street NW
City/State/ZIP: Washington, DC 20005-3142

**2._**
Name:
Number/Street:
City/State/ZIP:

Official Form 106G       Schedule G: Executory Contracts and Unexpired Leases       page ___ of ___