United States Bankruptcy Court
Southern District of New York
One Bowling Green, Rm 534
New York, NY 10004-1408

In RE: Rahul Manchanda, Debtor
Index No. 16-10222-JLG

To Whom It May Concern,

I am the former spouse of the debtor named above and I reside in Branford, CT. I have been made aware that my former spouse has filed for bankruptcy for contempt against me and my CT attorney. My former spouse has attempted to do this before in the SDNY bankruptcy court, in 2012 the contempt ca Magistrate, NYS Child Support Unit and his former attorneys in the NYS Southern District Supreme Court over the same issue. That was also dismissed.

I have a CT custody, visitation and support case currently in New Haven County. Nothing has happened with support as of yet in this current CT case. C issues.

My former spouse is an attorney who makes a habit out of starting lawsuits against me in order to attempt to delay other court proceedings. He has atten Support Magistrate Cheryl Weir- Reeves, The NYS Child Support Collection Unit, ACS, James Kamphil- The Legal Aid Society, Sanctuary for Families, s Ethics Committee regarding Judge Emons.

His Motion for Contempt should once again be dismissed as frivolous and his filing for bankruptcy should be heavily scrutinized.

Thank you,

*Sharie O'Buck*
Sharie O'Buck (formerly Kruzic)
4 Louis Drive
Branford, CT
06405