**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
                              )

                              )

**IN THE MATTER OF**           )    **INDEX NO. 16-10222-JLG**

                              )

**RAHUL MANCHANDA**        )    **MEMORANDUM OF LAW AND**
                              )    **PROPOSED ORDERS OF CONTEMPT**
                              )    **AGAINST PAUL CARTY, SCSU,**
                              )    **ROBERT MERCER-FALKOFF,**
-----------------------------------X    **GAL JOE DISILVESTRO,**
                                          **SHARIE KRUZIC AND JUDGE**
                                          **JANE EMONS**

**PLEASE TAKE NOTICE** that in accordance with Hon Judge James L Garrity's request in court on March 4, 2016 at 11 AM, and in conjunction with the annexed Memorandum of Law pursuant to Rule 9013-1, and all the Pleadings and Proceedings heretofore had herein, the Undersigned will move this Honorable Court on March 15, 2016 at 2 PM at US SDNY Bankruptcy Court, 1 Bowling Green, New York, New York 10006 or as soon as thereafter as Counsel can be heard for an order holding Paul Carty, Ann Gabriel of SCSU Marriage and Family Therapy Unit, Judge Jane Emons, Sharie Kruzic, Robert Mercer-Falkoff, and GAL Joe DiSilvestro in Civil and Criminal Contempt of Court pursuant to US Federal Bankruptcy Law.

## MEMORANDUM OF LAW

At the outset, it should be noted that while the below legal analysis involves the power of the Federal Bankruptcy Court to enjoin or stay a criminal prosecution by a state court, the same principles serve as a guide when the Bankruptcy Court encounters such similar and egregious conduct and behavior of the "Family Court Industrial Complex," wherein there was no pre-petition debt rather a surplus in the NYS Child Support Account, wherein a universal written settlement agreement involving both weekly child support and visitation was executed only weeks before Creditor and her co-conspirators re-initiated collection litigation in NY Family Court and then transferred to New Haven Family Court, only a few weeks afterwards after hatching a criminal conspiracy to falsely arrest Debtor which is currently being investigated upon information and belief by federal/state/local authorities, said New Haven Family Court industrial complex involving thoroughly corrupted, arbitrary, capricious, malicious, fraudulent, and cruel behavior as demonstrated by a criminal conspiracy involving the ex-spouse creditor Sharie Kruzic, the Guardian *ad Litem* Joe

DiSilvestro of Kolb & Associates PC, opposing counsel Robert
Mercer-Falkoff, the Family Court Judge Jane Emons, Debtor's own
counsel Paul Carty, and a medical research facility SCSU which on
its face abuses children and the debtor in their extortionate and
blood-soaked quests for money from the debtor, all the while
harming the children they profess to safeguard, as well as the
debtor, for no good reason or solid legal grounds to exercise such
authority.

The issues discussed below involving the "bad-faith" and "principle
motivation" tests all can be related to this family court
industrial complex litigation and extortion, as will be discussed
in this memo of law. The fact that the New Haven US Attorneys
Office (who Debtor is in touch with) and 5 other federal agencies
have recently opened up a criminal investigation into the New Haven
Family Court matrix is *prima facie* evidence of the seriously
horrific abuses of law and authority under 18 USC 241 and 242 as
discussed in **Exhibit A.**

Even after being notified of the bankruptcy stay, all of the above-
named creditors openly and repeatedly threatened Debtor with
criminal prosecution, forced/extorted debtor to pay them money in
order to see his kids, filed motions for contempt or threatened to
file motions for contempt, and/or threatened debtor with criminal
prosecution **(Exhibit B)** to further their underlying criminal
conspiracy using Debtor's children as make-shift hostages to coerce
debtor into paying and expending money that he did not have, even
if, as described above, there was no pre-petition debt and instead
a surplus of money in his NYS Child Support Account, and the family
court refused to accept the validity of a universal settlement
agreement made only a few weeks after creditor Sharie Kruzic re-
instituted litigation against debtor in NY Family Court, then
delayed or did not appear in court for 6 months until moving the
same case to New Haven Family Court, not allowing Debtor to either
see or speak to his kids in any capacity for almost 2 years.

Judge Jane Emons, who was aware of this forum-shopping, bad-faith
litigation, and criminal conspiracy, decided to move forward anyway
without allowing or accepting the written settlement agreement even
forwarded to her office by the NY Family Court Judge Clark
Richardson in June 2015.

It is submitted that Judge Jane Emons did this for purely political
reasons, as Debtor is a political dissident, and has advocated for
peaceful negotiations with Iran and various countries in the Middle
East, and the abandonment of colonial and racist attitudes towards
the people of the Middle East and Iran.

Judge Emons has previously been accused of this type of political
bias before by Lee Whitnum, who ran for congress a few years ago,

who stated that Judge Jane Emons openly punishes, is biased against, and otherwise treats similar political dissidents in the same fashion, as Lee Whitnum was a divorce case litigant before Judge Jane Emons' family court, and Lee Whitnum who had previously openly advocated that the Israeli government should treat the Palestinians fairly against militant Zionist behavior and human rights violations **(Exhibit C)**.

Judge Jane Emons had this poor woman upon information and belief arrested multiple times and threw her in jail in retaliation.

According to newspaper sources, Congresswoman Lee Whitnum "has heavily criticized Emons for her conduct in the divorce case, saying she was improperly treated in court and subject to discrimination due to her political views on Israel's policy toward Palestinians and what she perceives as Israel's undue influence over Congress." **Exhibit C.**

Lee Whitnum further went on to describe how Judge Jane Emons and others discriminated against her when she protested "because the town had raised the Israeli flag outside of Town Hall to mark Israeli Independence Day and had allowed a bar mitzvah to be held in Town Hall."

There is no question that Judge Jane Emons improperly uses her position on the family court bench to unjustly and unfairly punish, torture, harass, threaten, intimidate, extort, and abuse her targeted victims based on their political opinions, dissenting voices, and quest for fairness in American foreign and domestic policy, in violation of 18 USC 241 and 242, dealing with the deprivation of civil and human rights under color of law and authority, which are criminal corruption charges in the United States of America. And apparently according to the US Attorney in New Haven, this type of retaliatory and criminal behavior is a very common occurrence **(Exhibit A)**.

### *INTRODUCTION*

The bankruptcy courts essentially are courts of equity, applying principles and rules of equity jurisprudence. The Supreme Court in *Pepper v. Litton* stated that these equitable principles "have been invoked to the end that fraud will not prevail, that substance will not give way to form, that technical considerations will not prevent substantial justice from being done."

In short, the bankruptcy court must make decisions according to the equities of the case. Bankruptcy courts should approach with caution any test or sweeping rule that would inhibit a court's broad powers to render fair and equitable decisions and remedies.

The shortcomings of a blanket prohibition on imposing criminal restitution and the limited applicability of using the non-dischargeability provisions have been discussed previously.

Federal courts repeatedly have relied on the "primary motivation of the prosecution test" or the "bad faith-irreparable harm test" to address this federal-state conflict. The basic question all courts have tried to answer is whether the criminal/family prosecution of the discharged debtor is intended to promote the valid state interest of enforcing criminal/family statutes or whether it is simply a debt collection/harassment device. In order to answer this question properly, a court should carefully examine the actions of the parties and the surrounding circumstances in each case.

Creditors and debtors will know the relevant criteria of a court's decision making process. Creditors must realize that a criminal/family prosecution can be pursued only if it is free of the taint of debt collection/harassment/fraud. Most important, this flexible approach of examining largely objective factors allows a federal court to protect both federal and state rights and policies as the equities of the case demand. No court has held that section 524(a)(2) automatically bars criminal/family prosecution of the debtor. This provision, however, should prevent creditors from using state criminal/family actions to unduly harass debtors. Bankruptcy Courts must investigate the circumstances of each case to ensure that unscrupulous creditors do not abuse the state court system.

### *THE PRINCIPAL MOTIVATION TEST*

A court applying the principal motivation test looks to the motivation behind the criminal/family prosecution. The federal bankruptcy court will not usually interfere with the state criminal/family process when the criminal/family prosecution has been instituted primarily to vindicate the rights of the public by punishing criminal/family conduct or to discourage such conduct by others. When the principal motivation is simply to harass or retaliate against a debtor, the bankruptcy court may enjoin the action.

In applying the motivation test, courts focus on several objective factors. These include the timing of the action, specifically whether the state initiated the action after the debtor filed a petition in bankruptcy; the negotiations between the parties, including whether the state informed the debtor charges would be dropped upon payment of the amount owed; the active interest of bad-faith-irreparable-harm test when debtor sought injunctive relief on basis of discharge effect of § 524(a)(2)).

Many courts have also applied the motivation test in § 362(b)(1)-

105(a) cases. *See* Holder v. Dotson *(In re* Holder), **26** Bankr. **789**
(Bankr. M.D. Tenn. **1982**); Wise v. Ritter *(In re* Wise), **25** Bankr.
440 (Bankr. **E.D.** Va. **1982**); Ohio Waste Servs., Inc. v. Fra-Mar
Tires Servs., Inc. *(In re* Ohio Waste Servs., Inc.), **23** Bankr., **59**
(Bankr. **S.D.** Ohio **1982**); Strassmann v. Du-Art Foods, Inc. *(In re*
Strassman), **18** Bankr. 346 (Bankr. **E.D.** Pa. **1982**); Wagner v. Miller
*(In re* Wagner), 18 Bankr. **339** (Bankr. W.D. Mo. **1982**); *In re* Lake,
**11** Bnkr. 202 (Bankr. **S.D.** Ohio **1981**); Reid v. Young *(In re* Reid),
**9** Bankr. **830** (Bankr. M.D. Ala. **1981**); *In re* Caldwell, **5** Bankr. 740
(Bankr. W.D. Va. **1980**); *In re* James, **10** Bankr. 2 (Bankr. **W.D.N.C.**
1980).

In *Kaping v. Oregon,* the debtor owed over $16,000 to the State of
Oregon for child support payments when he filed his bankruptcy
petition in March 1980. On June 19, 1980, the court granted the
debtor a discharge in bankruptcy. In April 1980, however, the
debtor was indicted for criminal/family nonsupport. In attempting
to determine the motivation behind the prosecution, the court noted
that the arguments of counsel were not particularly helpful in
determining the creditor's subjective motivation. The district
attorney argued that the case was brought to punish the defendant
and deter others, whereas the debtor's attorney argued that the
case was brought primarily to recover the already discharged debt
for past due support. Rather than adopting either view of the
conflicting evidence, the court examined the sentencing orders in
twenty-nine other criminal/family nonsupport cases.

In the overwhelming majority of these cases, the court had ordered
restitution rather than jail. The court in *Kaping* concluded that
the principal motivation behind prosecutions for criminal/family
nonsupport is to obtain restitution and secondarily to obtain a
period of probation to ensure payment of future support as it
becomes due. Because the motivation behind the state prosecution
was directly contradictory to the purpose of the federal bankruptcy
laws, the court permanently enjoined the state from further
criminal/family prosecution of the debtor.

Critics of the motivation test point to its subjectivity because it
lacks a consistent standard that can be applied uniformly. The
court in *Kaping* recognized that any statements by the debtor and
creditor concerning the purpose of the action would be self-serving
and thus of dubious reliability in determining motivation.

The United States Courts of Appeals for the Eleventh and Third
Circuits have further undermined the viability of the motivation
test by relying on the bad faith-irreparable injury test in cases
involving a debtor's efforts to obtain injunctive relief from
criminal/family prosecution under section **105.67** Both courts have
required the debtor to show either irreparable injury or

prosecution in bad faith. The Third Circuit in *Davis v. Sheldon* specifically rejected the debtor's argument that the inquiry should focus on whether the creditors were motivated **by** a desire to collect on a discharged debt. The court in *Davis*, however, noted explicitly that the debtors were not claiming injunctive relief under section 524(a)(2); the court therefore did not address the applicability or scope of that section.

Other courts, however, have used the principal motivation test in construing section **524(a)(2).71**

### *THE BAD FAITH-IRREPARABLE HARM TEST*

The second approach courts have taken when asked to enjoin criminal/family prosecution by a debtor derives from the Supreme Court's decision in *Younger v. Harris*. Under this approach, a court will enjoin a criminal/family prosecution only if the debtor shows that the prosecutor initiated the criminal/family proceeding in bad faith or if the debtor will suffer irreparable injury from the criminal/family proceeding.

The court held a creditor in contempt for causing the arrest of a debtor after discharge because the creditor knowingly and intentionally violated §§ 362(a)(6) and 524(a)(2).

A debtor can show bad faith when a prosecuting attorney has reason to doubt the validity of the charges, when he fails to exercise independent judgment in continuing the prosecution, or when the complaining witness has insufficient evidence to support the allegation. This approach has also been criticized as being subjective and susceptible to widely disparate interpretations regarding what constitutes bad faith and irreparable harm. Many courts have followed this approach in deciding whether to grant injunctive relief to a debtor under section **105. 75** The acceptance of this approach **by** the Third and Eleventh Circuits may portend a trend toward the acceptance of the bad-faith test over the motivation approach.

This approach limits the intervention of federal courts in state court proceedings to situations in which a bad-faith action/prosecution could be shown.

### *THREATS OF CRIMINAL PROSECUTION AFTER BANKRUPTCY FILING*

The Sixth Circuit held that creditor's threat to pursue criminal charges against debtor falls outside criminal prosecution exception to automatic stay.

It is widely known that one of the basic tenets of U.S. bankruptcy

law is the imposition of the automatic stay under section 362(a) of the Bankruptcy Code to provide a debtor with the proverbial "breathing spell" from collection efforts and allow a debtor to discharge its pre-petition debts. The Sixth Circuit Court of Appeals recently had the opportunity to rule on such an instance in *Weary v. Poteat* where a creditor attempted to invoke the criminal prosecution exception to the automatic stay in hopes of leveraging payment on his outstanding debt. The Court of Appeals was having none of it.

After receiving notice of the bankruptcy filing and the imposition of the automatic stay pursuant to section 362(a) of the Bankruptcy Code, the landlord sent letters to both the debtor's attorney and her mother in which he acknowledged that he could no longer pursue remedies in the civil action but expressed his intention to pursue criminal charges against the debtor which, according to the letters, would ultimately be far more costly for the debtor. The letters further stated that the debtor would face substantial jail time and intimated that she might lose her position as a public school teacher.

In response, the debtor moved the bankruptcy court to hold the landlord in contempt for violating the automatic stay. In his defense, the landlord argued that his letters, which he asserted communicated his intent to pursue criminal prosecution, came within the criminal prosecution exception to the automatic stay under section 362(b)(1) of the Bankruptcy Code. Section 362(b)(1) exempts from the automatic stay the "commencement or continuation of a criminal action or proceeding against the debtor." The bankruptcy court first noted that, although the automatic stay does not prohibit all communications from a creditor to a debtor, "a stay violation is made out by actions that are coercive or harassing in nature." The court then observed that the landlord's letters were not in the nature of a criminal prosecution but rather, they communicated a threat to pursue prosecution, and the "spirit and motivation" behind the letters demonstrated that they served no other purpose other than "to threaten, harass and intimidate the Debtor in an effort to coerce her into paying him." After examining a number of factors, including the landlord's sophistication, ability to pay, and demeanor (which the court characterized as "open defiance of the stay"), the bankruptcy court imposed punitive damages again the landlord in the amount of $7,500.

On appeal to the district court, the landlord asserted that the bankruptcy court erroneously applied an "expanded interpretation" of the section 362(b)(1) criminal prosecution exception by considering the purpose for which the landlord intended to pursue criminal charges against the debtor. The district court, however, displayed little sympathy for the landlord and affirmed the

bankruptcy court's decision.  The district court explained that the
bankruptcy court did not hold the landlord outside the protection
of the exception because his intention to pursue criminal charges
was motivated by his desire to collect on the debt owed to him, but
rather the bankruptcy court found fault because the landlord's
letters, which were not in furtherance of any criminal prosecution,
were "a thinly veiled attempt to coerce payment of the debt,
violating [the debtor's] 'breathing spell' from collection
efforts."

The district court also rejected the landlord's argument that the
bankruptcy court's decision amounted to an infringement on his
First Amendment right to petition for redress or grievances.  The
district court explained that "the automatic stay does not restrain
[the landlord's] freedom to pursue criminal charges with the local
governmental authorities, but it does restrain his freedom, as a
creditor, to communicate a threat to the debtor, based on the
possibility of criminal prosecution, in order to induce payment."
Undeterred, the landlord appealed to the Sixth Circuit Court of
Appeals.

As the landlord did not challenge the bankruptcy court's findings
that the purpose of his letters was to coerce the debtor, that they
had been sent with knowledge of the imposition of the automatic
stay, and that the circumstances of the case (i.e., the willfulness
of the landlord's violation and his manifest defiance of the stay)
justified an award of punitive damages, the Court of Appeals
quickly found no error with the bankruptcy court's ruling as
affirmed by the district court.

With respect to the landlord's contention that his letters were
expressions of intent to exercise his right to pursue criminal
charges, the Court of Appeals found that the communications
"indisputably did not advance criminal prosecution and, therefore,
do not come within the plain language of the exception."  The Court
of Appeals further held that because the communications were found
to be a threat with the purpose to induce payment, a finding the
landlord had not challenged, they "clearly ran afoul of the plain
language of the automatic stay, prohibiting 'any act to collect,
assess, or recover a claim against the debtor that arose before the
commencement of the bankruptcy cases.'"  The Sixth Circuit similarly
dismissed the landlord's First Amendment argument in short order
both for failing to cite to any authority in support of his
position and also failing to explain how his right to legitimately
pursue charges against the debtor with local authorities would be
hindered by the bankruptcy court's order.

Behind the automatic stay is a clear policy rationale to grant
temporary relief to the debtor from creditors, and also to prevent
dissipation of the debtor's assets before an orderly distribution

to creditors can be effected.    Although the Bankruptcy Code
provides certain exceptions to the automatic stay, those exceptions
are limited and creditors should think twice about invoking those
exceptions in an attempt to leverage, harass, or coerce.

### *ANALYSIS*

Indeed the underlying parties have acted in concert to threaten
criminal prosecution, commit criminal acts, and civil misconduct by
disallowing Debtor to see his own kids for 2 years in direct
violation of a comprehensive support and visitation agreement
executed only a few weeks before Creditor initiated her own
proceedings to overturn said agreement, all enabled and supported
by the other parties heretofore named.

The Bankruptcy Stay Exception under 362(a) should not be a blanket
and unlimited form of protection and exception.

The court should look to the totality of the circumstances.

If it can be shown that there was not only bad faith, but indeed
criminal conduct and behavior by the Creditors, then this blanket
exception should not applly, as was the case in *Weary v Poteat*. It
is incumbent upon this Honorable Court to prevent future criminal
conspiracies normally prohibited under RICO and 18 USC §§ 241 and
242 within the purview of their own rules and regulations, and
uphold the stay with regards to the collection and threatening of
Debtor regarding child support obligations, which to date Debtor is
not only current in, but actually had a surplus at the time of the
inception of creditor and her co-conspirator's threats of criminal
prosecution and other criminal acts.

Especially in this day and age of terrible economic circumstances,
to subject innocent fathers (and mothers) who dutifully pay their
child support obligations should not be subject to sporadic threats
of incarceration, extortion, blackmail, legalized kidnapping,
forced medical/scientific research on his own children, forced
payments made to GALs and research facilities just to see if his
kids are safe and ok, simply because of the fickle or retaliatory
nature of the creditor or politically motivated state court judges.

This is counter to what America stands for, and would re-institute
the arbitrary debtors prison for which America's founders fought
and died to protest against.

To allow these criminal conspirators to get away with hiding behind
a blanket stay exception, without delving into the deep story and
facts of this case, would open the door to endless incarceration
and debtors prisons all across the country.

Even when Debtor sent the opposition multiple letters to see if they could settle, they rebuffed Debtor each time, instead preferring to continue to threaten Debtor with unfounded threats of criminal prosecution, and drag Debtor and his kids further into the dirt rather than to resolve all of their issues.

## *SHARIE KRUZIC*

Specifically with regard to Sharie Kruzic, even though Sharie Kruzic received Notice of Chapter 13 Bankruptcy Filing on January 29, 2016 in this case, and Debtor's current child support is both current and in fact a surplus is in his NYS Child Support Account, and Debtor is fully complying with his weekly child support payments each and every week without failure pursuant to the standing Order of the NYS Family Court and Child Support Enforcement Unit, and Debtor has timely supplied any and all financial and other requested documentation to opposing counsel Robert Mercer-Falkoff representing Debtor's ex-wife Sharie Kruzic, as well as to the court, wherein Debtor's lawyer Paul Carty both reviewed the submitted documentation and duly filed a Notice of Compliance thereon, as well as filed a Motion for Contempt so that opposing counsel and his client produce their requested information (which they have not done as of this writing), Sharie Kruzic continues to threaten Debtor with criminal prosecution, try and create controversy and conflict by engaging in additional fishing expeditions by demanding yet even more financial information that Debtor simply does not have, has prevented Debtor from either seeing or speaking with his 2 daughters in almost 2 years, has not allowed Debtor's mother to either see or speak to her own grandchildren in almost 2 years, has openly threatened, discriminated against, harassed, humiliated, insulted, and harangued Debtor and his 70 year old mother in court mercilessly for no reason while both she and her lawyer do whatever they want, and is otherwise looking for other grounds to either raise his current child support order in a NYS Family Court Order and Agreement dated only July 2014, when Debtor is literally at the gates of financial oblivion and full stress, or is otherwise trying to devise ways of hurting and harming Debtor, his family, and his 2 children in her blatantly unethical and criminal conduct;

It would be laughable if it was not so tragic, that Sharie Kruzic, documented violent/alcoholic/ drug addict/stripper/escort/identity thief/con-artist, in her opposition statement attached herein, castigates Debtor, when she is the only reason Debtor finds himself in the straits that he is in, for the past 10 years.

Her unending forum shopping, litigation, dishonest tactics both in the courtroom and out, criminal conspiracies, gang-stalking, and other sociopathic behavior is well documented by the Exhibits submitted to this court, as well as her perjurious statements that

Debtor "makes a habit out of starting lawsuits against me in order to attempt to delay other court proceedings," when in fact, in each and every single litigation in New York and Connecticut over the past 10 years, Sharie Kruzic (aka Sharie O'Buck, Sharie Maes, Sharie Manon, Valerie Johnson, *et al*) has always been the Filer, Petitioner, Plaintiff, Instigator, etc, with Debtor always being the Defendant, she using his 2 daughters as her political, financial, and emotional football – would it not be for the fact that Debtor has 2 kids with this woman, he would have never had a second dealing with her again, but she uses his kids to constantly blackmail, extort, threaten, alienate, and hurt him personally, financially, and professionally, and is still currently doing this now with her new antics in Connecticut – and Debtor has defended himself as aggressively as possible using all legal and equitable means necessary and available to him in whatever courthouse, administrative body, and law enforcement agency where he has a remedy.

As was stated in Debtor's original Motion for Contempt against Sharie Kruzic, 11 USC § 362(b)(2) does not exempt from the automatic stay a criminal conspiracy, bad faith litigation, wherein a comprehensive agreement relating to custody/visitation/support was only executed and settled a few weeks before "Sharie Kruzic Manon Maes O'Buck Valerie Johnson" engineered a false arrest of Debtor in conjunction with his ex-girlfriend Kate Bose so that Sharie could (1) move to a remote part of Connecticut to cohabit with another man and (2) vitiate and violate an agreement which was literally only a few weeks old – proof of said conspiracy consists of, but is not limited to, in-court statements by Sharie Kruzic in New Haven Family Court, out of court and in-court statements and admissions by Kate Bose, and notarized letters and faxes by Kate Bose to the Assistant District Attorney Gilbert Rein both recanting her statements and admitting the falsity of Debtor's arrest, because she was angry that Debtor refused to marry her;

Said criminal conspiracy with evidence has been reported to federal, state and local law enforcement agencies such as the FBI, USDOJ, NY Attorney General, and other agencies, and upon information and belief said criminal conspiracy is currently being investigated;

11 USC § 362(b)(2) does not exempt from the automatic stay bad faith litigation designed to undermine the full faith and credit of one state simply by moving to another state, after engineering a criminal conspiracy designed to knock Debtor out of commission so that a new litigation could begin anew a few weeks later, wherein Debtor was both current with his support obligations, wherein there was no grounds or need to stop visitation, and wherein ample evidence exists of forum shopping, criminal conspiracy, bad faith litigation, a setup, and fraud;

11 USC § 362(b)(2) does not exempt from the automatic stay coercive
or punitive litigation which is obviously present here, as a vast
conspiracy is heretofore alleged by and between Sharie Kruzic, Kate
Bose, Robert Mercer-Falkoff, and possibly even Judge Jane Emons and
Debtor's own lawyer, Paul V Carty, said conspiracy upon information
and belief being investigated by the FBI and other agencies;

It is further submitted herein that if this Honorable Court does
not allow the automatic stay to remain in effect, that it will be
giving credibility and legitimacy to a far-flung criminal
conspiracy, giving aid and assistance to known violators of not
only federal, state and local law, state-sanctioned legalized
kidnapping and extortion under color of law and authority in
violation of Title 18 USC Sections 241 and 242, but also in
violation of international law treaties that the US Government is
a signatory to, such as the United Nations Convention Against
Torture ("UNCAT") as well as the United Nations Universal
Declaration of Human Rights ("UNUDHR"), as well as actively
interfering with and obstructing the upon information and belief at
least 5 federal, inter-state, and local criminal investigations
currently upon information taking place against all of the above-
mentioned actors, as well as others, in direct violation of the
Separation of Powers Doctrine ensconced within the United States
Constitution.

Debtor, at the time of the filing of this Voluntary Petition, was
completely current in his Domestic Support Obligations, and even
had a surplus in his NYS Child Support Account pursuant to the July
2014 NY Family Court Order, but Sharie Kruzic's actions, in
conjunction with the other parties aforementioned, have once again
destabilized and devastated Debtor's finances, ability to work and
earn a living, and has pushed him into bankruptcy once again,
particularly in light of the over $500,000 in debt currently not
even able to be paid by Debtor;

As was stated earlier, there can be no new "establishment of an
order for domestic support obligations and concerning custody and
visitation of the minor children" because a comprehensive domestic
support obligation/ child support/ visitation/ custody universal
agreement was executed and notarized only a few weeks before Sharie
Kruzic started this new litigation in complete and total bad faith,
forum shopping, and with the revelation of the above described
criminal conspiracy, potentially in a criminally fraudulent manner
- Sharie Kruzic should not be able to benefit from her commission
of criminal fraud and conspiracy so soon after the prior agreement
was executed after nearly 10 years of non-stop, costly,
destabilizing, contentious, psychologically and physically
damaging, bankruptcy-inducing litigation against Debtor by Sharie
Kruzic, who had the benefit of free feminist lawyers such as
Sanctuary for Families the entire time, while Debtor had to pay

upwards of $500 an hour for paid lawyers for nearly 10 years
straight, destroying his business, finances, children, his mind,
body, and soul;

Sharie Kruzic continues to use Debtor's children as literal pawns
in her greed-soaked litigation, not caring about whether or not the
children would be permanently scarred from her court sanctioned
kidnapping extortion and parental alienation scheme;

Even after receiving notification of the instant bankruptcy filing,
Sharie Kruzic continues to try and create controversy and conflict
by engaging in additional fishing expeditions by demanding yet even
more financial information that Debtor simply does not have,
continues to file motions for contempt even when the Judge has
ruled no grounds for contempt exists, has actively prevented Debtor
from either seeing or speaking with his 2 daughters in almost 2
years, has not allowed Debtor's 70 year old mother to either see or
speak to her own grandchildren in almost 2 years, has openly
threatened, discriminated against, harassed, humiliated, insulted,
and harangued Debtor and his 70 year old mother in court
mercilessly for no reason, while she does whatever she wants, and
is otherwise looking for other grounds to either raise his current
child support order in a NY Family Court Order and Agreement dated
only July 2014, when Debtor is literally at the gates of financial
oblivion and full stress, or is otherwise trying to devise ways of
hurting and harming Debtor, his family, and his 2 children in her
blatantly criminal and unethical tactics and misconduct;

### *OPPOSING COUNSEL ROBERT MERCER-FALKOFF*

Specifically with regard to Opposing Counsel Robert Mercer-Falkoff,
even though Robert Mercer-Falkoff received Notice of Chapter 13
Bankruptcy Filing on January 29, 2016 in this case, and Debtor's
current child support is both current and in fact a surplus is in
his NYS Child Support Account, and Debtor is fully complying with
his weekly child support payments each and every week without
failure pursuant to the standing Order of the NYS Family Court and
Child Support Enforcement Unit, and Debtor has timely supplied any
and all financial and other requested documentation to opposing
counsel Robert Mercer-Falkoff representing Debtor's ex-wife Sharie
Kruzic, as well as to the court, wherein Debtor's lawyer Paul Carty
both reviewed the submitted documentation and duly filed a Notice
of Compliance thereon, as well as filed a Motion for Contempt so
that opposing counsel and his client produce their requested
information (which they have not done as of this writing), Robert
Mercer-Falkoff continues to threaten Debtor with criminal
prosecution, try and create controversy and conflict by engaging in
additional fishing expeditions by demanding yet even more financial
information that Debtor simply does not have, has prevented Debtor
from either seeing or speaking with his 2 daughters in almost 2

years, has not allowed Debtor's mother to either see or speak to
her own grandchildren in almost 2 years, has openly threatened,
discriminated against, harassed, humiliated, insulted, and
harangued Debtor and his 70 year old mother in court mercilessly
for no reason while both him and his client do whatever they want,
and is otherwise looking for other grounds to either raise his
current child support order in a NY Family Court Order and
Agreement dated only July 2014, when Debtor is literally at the
gates of financial oblivion and full stress, or is otherwise trying
to devise ways of hurting and harming Debtor, his family, and his
2 children in his blatantly unethical attorney tactics and
misconduct;

On the grounds that 11 USC § 362(b)(2) does not exempt from the
automatic stay a criminal conspiracy, bad faith litigation, wherein
a comprehensive agreement relating to custody/visitation/support
was only executed and settled a few weeks before Robert Mercer-
Falkoff and his client Sharie Kruzic Manon Maes O'Buck engineered
a false arrest of Debtor in conjunction with his ex-girlfriend Kate
Bose so that Sharie could (1) move to a remote part of Connecticut
to cohabit with another man and (2) vitiate and violate an
agreement which was literally only a few weeks old - proof of said
conspiracy consists of, but is not limited to, in-court statements
by Sharie Kruzic in New Haven Family Court, out of court and in-
court statements and admissions by Kate Bose, and notarized letters
and faxes by Kate Bose to the Assistant District Attorney Gilbert
Rein recanting her statements and admitting the falsity of Debtor's
arrest because she was angry that Debtor refused to marry her;

Said criminal conspiracy has been reported to federal, state and
local law enforcement agencies such as the FBI, USDOJ, NY Attorney
General, and other agencies, and upon information and belief said
criminal conspiracy is currently being investigated;

11 USC § 362(b)(2) does not exempt from the automatic stay bad
faith litigation designed to undermine the full faith and credit of
one state simply by moving to another state, after engineering a
criminal conspiracy designed to knock Debtor out of commission so
that a new litigation could begin anew a few weeks later, wherein
Debtor was both current with his support obligations, wherein there
was no grounds or need to stop visitation, and wherein ample
evidence exists of forum shopping, criminal conspiracy, bad faith
litigation, a setup, and fraud;

11 USC § 362(b)(2) does not exempt from the automatic stay coercive
or punitive litigation which is obviously present here, as a vast
conspiracy is heretofore alleged by and between Sharie Kruzic, Kate
Bose, Robert Mercer-Falkoff, and possibly even Judge Jane Emons and
Debtor's own lawyer, Paul V Carty, said conspiracy upon information
and belief being investigated by the FBI and other agencies;

It is further submitted herein that if this Honorable Court does not allow the automatic stay to remain in effect, that it will be giving credibility and legitimacy to a far-flung criminal conspiracy, giving aid and assistance to known violators of not only federal, state and local law, state-sanctioned legalized kidnapping and extortion under color of law and authority in violation of Title 18 USC Sections 241 and 242, but also in violation of international law treaties that the US Government is a signatory to, such as the United Nations Convention Against Torture ("UNCAT") as well as the United Nations Universal Declaration of Human Rights ("UNUDHR"), as well as actively interfering with and obstructing the upon information and belief at least 5 federal, inter-state, and local criminal investigations currently upon information taking place against all of the above-mentioned actors, as well as others, in direct violation of the Separation of Powers Doctrine ensconced within the United States Constitution.

Debtor, at the time of the filing of this Voluntary Petition, was completely current in his Domestic Support Obligations, and even had a surplus in his NYS Child Support Account pursuant to the July 2014 NY Family Court Order, but Robert Mercer-Falkoff and his client's actions, in conjunction with the other parties aforementioned, have once again destabilized and devastated Debtor's finances, ability to work and earn a living, and has pushed him into bankruptcy once again, particularly in light of the over $500,000 in debt currently not even able to be paid by Debtor;

As was stated earlier, there can be no new "establishment of an order for domestic support obligations and concerning custody and visitation of the minor children" because a comprehensive domestic support obligation/ child support/ visitation/ custody universal agreement was executed and notarized only a few weeks before Robert Mercer-Falkoff and his client Sharie Kruzic started this new litigation in complete and total bad faith, forum shopping, and with the revelation of the above described criminal conspiracy, potentially in a criminally fraudulent manner - neither Robert Mercer-Falkoff nor his client Sharie Kruzic should be able to benefit from their commission of criminal fraud and conspiracy so soon after the prior agreement was executed after nearly 10 years of non-stop, costly, destabilizing, contentious, psychologically and physically damaging, bankruptcy-inducing litigation against Debtor by Sharie Kruzic, who had the benefit of free feminist lawyers such as Sanctuary for Families the entire time, while Debtor had to pay upwards of $500 an hour for paid lawyers for nearly 10 years straight, destroying his business, finances, children, his mind, body, and soul;

Robert Mercer-Falkoff commits perjury in his Objection Motion when he states that Sharie and him commenced their new litigation in

2015 - the reality is that they commenced it only a few weeks after the July 2014 universal settlement agreement in NYS Family Court, and then delayed until they could obtain 6 month residency in Connecticut, moved to withdraw/dismiss that newly NY Family Court case, and then instituted the continued action in CT in January 2015, all the while preventing Debtor from even seeing or speaking to his 2 daughters the entire time, accumulating almost 2 years of this complete cutoff, all the while Debtor duly paid his weekly child support amount pursuant to that July 2014 executed universal settlement agreement;

Robert Mercer-Falkoff and his client continue to use Debtor's children as literal pawns in their greed-soaked litigation, not caring about whether or not the children would be permanently scarred from their court sanctioned kidnapping extortion scheme;

Even after receiving notification of the instant bankruptcy filing, Robert Mercer-Falkoff continues to try and create controversy and conflict by engaging in additional fishing expeditions by demanding yet even more financial information that Debtor simply does not have, continues to file motions for contempt even when the Judge has ruled no grounds for contempt exists, has actively prevented Debtor from either seeing or speaking with his 2 daughters in almost 2 years, has not allowed Debtor's 70 year old mother to either see or speak to her own grandchildren in almost 2 years, has openly threatened, discriminated against, harassed, humiliated, insulted, and harangued Debtor and his 70 year old mother in court mercilessly for no reason, while both him and his client do whatever they want, and is otherwise looking for other grounds to either raise his current child support order in a NY Family Court Order and Agreement dated only July 2014, when Debtor is literally at the gates of financial oblivion and full stress, or is otherwise trying to devise ways of hurting and harming Debtor, his family, and his 2 children in his blatantly unethical attorney tactics and misconduct;

### *ATTORNEY PAUL CARTY*

Specifically with regard to Attorney Paul Carty, even though Paul Carty received Notice of Chapter 13 Bankruptcy Filing on January 29, 2016 in this case, and Debtor's current child support is both current and in fact a surplus is in his NYS Child Support Account, and Debtor is fully complying with his weekly child support payments each and every week without failure pursuant to the standing Order of the NYS Family Court and Child Support Enforcement Unit dated July 2014 **_which Judge Jane Emons refuses to accept or honor and Paul Carty refuses to aggressively present to the court or appellate court_**, and Debtor has timely supplied any and all financial and other requested documentation to opposing counsel Robert Mercer-Falkoff representing Debtor's ex-wife Sharie

Kruzic, as well as to the court, wherein Debtor's lawyer Paul Carty both reviewed the submitted documentation and duly filed a Notice of Compliance thereon, as well as filed a Motion for Contempt so that opposing counsel and his client produce their requested information (which upon information and belief they have not done as of this writing), Paul Carty maliciously continues to threaten Debtor with criminal prosecution, try and create controversy and conflict by assisting Judge Jane Emons, Opposing Counsel Robert Mercer-Falkoff and his client Sharie Kruzic in: engaging in additional fishing expeditions by demanding yet even more financial information that Debtor simply does not have, has prevented Debtor from either seeing or speaking with his 2 daughters in almost 2 years, has not allowed Debtor's mother to either see or speak to her own grandchildren in almost 2 years, has openly threatened, discriminated against, harassed, humiliated, insulted, and harangued Debtor and his 70 year old mother in court mercilessly for no reason while allowing his ex-wife Sharie Kruzic and her lawyer Robert Mercer-Falkoff to do whatever she wants (see attached 3 pending CT Statewide Bar Committee complaints against Paul Carty), and is otherwise looking for other grounds to either raise his current child support order in a NY Family Court Order and Agreement dated only July 2014, when Debtor is literally at the gates of financial oblivion and full stress, and is otherwise biased and prejudiced in her blatant judicial abuse and misconduct;

### ANN GABRIEL OF SCSU MARRIAGE AND FAMILY THERAPY CLINIC

Specifically with regard to Ann Gabriel of the SCSU Marriage and Family Therapy Clinic, on the grounds that Ann Gabriel of SCSU Marriage and Family Therapy Unit continues to willfully fail to comply with the Automatic Stay and Protection of this Honorable Court after Debtor notified Ann Gabriel of SCSU Marriage and Family Therapy Unit verbally and in writing that he filed a Chapter 13 Bankruptcy Petition in the US SDNY Bankruptcy Court on January 29, 2016 in case no 16-10222-JLG and that they needed to stop sending him bills, retaliating against him, threatening Debtor with criminal prosecution using their staff and university police force, and forcing him to pay monetary fees just to see his kids at visitation, which they forced him to pay more than 3 times even after being advised of his bankruptcy filing otherwise he could not see his own kids, retaliating him by closing his file and not letting him see his own kids, after he complained about these forced extortionate bills and abuse of his children and himself at the visits;

### GAL JOE DISILVESTRO OF KOLB & ASSOCIATES PC

Specifically with regard to GAL Joe Disilvestro, on the grounds that Joe DiSilvestro of Kolb & Associates PC continues to willfully fail to comply with the Automatic Stay and Protection of this

Honorable Court after Debtor notified Joe DiSilvestro of Kolb & Associates PC in writing that he filed a Chapter 13 Bankruptcy Petition in the US SDNY Bankruptcy Court on January 29, 2016 in case no 16-10222-JLG and that they needed to stop threatening Debtor with criminal prosecution, sending him bills, retaliating against him, and trying to collect on his GAL bills;

## NEW HAVEN FAMILY COURT JUDGE JANE EMONS

Specifically with regard to New Haven Family Court Judge Jane Emons, on the grounds that even though Judge Jane Emons received Notice of Chapter 13 Bankruptcy Filing on January 29, 2016 in this case, and Debtor's current child support is both current and in fact a surplus is in his NYS Child Support Account, and Debtor is fully complying with his weekly child support payments each and every week without failure pursuant to the standing Order of the NYS Family Court and Child Support Enforcement Unit dated July 2014 **which Judge Jane Emons refuses to accept or honor**, and Debtor has timely supplied any and all financial and other requested documentation to opposing counsel Robert Mercer-Falkoff representing Debtor's ex-wife Sharie Kruzic, as well as to the court, wherein Debtor's lawyer Paul Carty both reviewed the submitted documentation and duly filed a Notice of Compliance thereon, as well as filed a Motion for Contempt so that opposing counsel and his client produce their requested information (which upon information and belief they have not done as of this writing), Judge Jane Emons maliciously continues to threaten Debtor with criminal prosecution, tries to create controversy and conflict by engaging in additional fishing expeditions by demanding yet even more financial information that Debtor simply does not have, has prevented Debtor from either seeing or speaking with his 2 daughters in almost 2 years, has not allowed Debtor's mother to either see or speak to her own grandchildren in almost 2 years, has openly threatened, discriminated against, harassed, humiliated, insulted, and harangued Debtor and his 70 year old mother in court mercilessly for no reason while allowing his ex-wife Sharie Kruzic and her lawyer Robert Mercer-Falkoff to do whatever she wants (see attached 3 pending judicial complaints with CT Judicial Review Council against Judge Jane Emons), and is otherwise looking for other grounds to either raise his current child support order in a NY Family Court Order and Agreement dated only July 2014, when Debtor is literally at the gates of financial oblivion and full stress, and is otherwise biased and prejudiced in her blatant judicial abuse and misconduct.

*Rahul Manchanda, Esq*

Dated: March 8, 2016
New York, NY

_____
Rahul Manchanda

# CERTIFICATE OF SERVICE

On March 8, 2016, I, Rahul Manchanda, served a copy of this Memorandum of Law, Proposed Orders, and any attached pages to the relevant named Creditors via ECF and US Mail.

*Rahul Manchanda, Esq*

By: Rahul Manchanda, Esq.

## PROPOSED ORDERS

Due and proper notice of the Motions having been made on all parties in interest, and the Court having held a hearing on the Motions on March 4, 2016, and upon all of the proceedings had before the Court at which the Debtor appeared, and after due deliberation, it is hereby

**ORDERED** that the Motion for Contempt against Sharie Kruzic be **GRANTED** on the merits for the reasons stated on the record at the March 4 hearing and the above referenced memorandum of law applying the principal motivation test, the bad-faith litigation irreparable harm test, threats of criminal prosecution after bankruptcy filing precedent under *Weary v Poteat*, and other factors, and that a Stay remain in effect with regards to further family court child support collection activity, but not with regards to family court visitation proceedings;

**ORDERED** that Motion for Contempt against Paul Carty be **GRANTED** on the merits for the reasons stated on the record at the March 4 hearing and the above referenced memorandum of law applying the principal motivation test, the bad-faith litigation irreparable harm test, threats of criminal prosecution after bankruptcy filing precedent under *Weary v Poteat*, and other factors, and that a Stay remain in effect with regards to further family court child support collection activity, but not with regards to family court visitation proceedings;

**ORDERED** that Motion for Contempt against Robert Mercer-Falkoff be **GRANTED** on the merits for the reasons stated on the record at the March 4 hearing and the above referenced memorandum of law applying the principal motivation test, the bad-faith litigation irreparable harm test, threats of criminal prosecution after bankruptcy filing precedent under *Weary v Poteat*, and other factors, and that a Stay remain in effect with regards to further family court child support collection activity, but not with regards to family court visitation proceedings;

**ORDERED** that Motion for Contempt against Judge Jane Emons be **GRANTED**

on the merits for the reasons stated on the record and the above
referenced memorandum of law applying the principal motivation test,
the bad-faith litigation irreparable harm test, threats of criminal
prosecution after bankruptcy filing precedent under *Weary v Poteat*,
and other factors, and that a Stay remain in effect with regards to
further family court child support collection activity, but not with
regards to family court visitation proceedings;

**ORDERED** that Motion for Contempt against Ann Gabriel of SCSU be
**GRANTED** on the merits for the reasons stated on the record and the
above referenced memorandum of law applying the principal motivation
test, the bad-faith litigation irreparable harm test, threats of
criminal prosecution after bankruptcy filing precedent under *Weary v
Poteat*, and other factors, and that a Stay remain in effect with
regards to further family court child support collection activity,
but not with regards to family court visitation proceedings;

**ORDERED** that Motion for Contempt against Joe DiSilvestro of Kolb &
Associates PC be **GRANTED** on the merits for the reasons stated on the
record and the above referenced memorandum of law applying the
principal motivation test, the bad-faith litigation irreparable harm
test, threats of criminal prosecution after bankruptcy filing
precedent under *Weary v Poteat*, and other factors, and that a Stay
remain in effect with regards to further family court child support
collection activity, but not with regards to family court visitation
proceedings;

Dated: March ___, 2016
New York, New York


_____
THE HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

February 4, 2015

## FEDERAL LAW ENFORCEMENT AUTHORITIES ANNOUNCE FORMATION OF TASK FORCE TO FIGHT PUBLIC CORRUPTION

United States Attorney Deirdre M. Daly and representatives from five federal law enforcement agencies today announced the formation of the Connecticut Public Corruption Task Force to investigate corrupt public officials, the misuse of public funds and related criminal activity.

The Connecticut Public Corruption Task Force includes representatives from the Federal Bureau of Investigation, United States Postal Inspection Service, Internal Revenue Service – Criminal Investigation Division, and the Inspector General's Offices of the United States Department of Health and Human Services and the United States Department of Housing and Urban Development.

"For the first time in Connecticut, we have brought together in a single investigative unit, agents and inspectors from the federal agencies that have primary responsibility for investigating public corruption," said U.S. Attorney Daly. "Although each of these agencies has a history of working together, bringing some of the best agents in the state into one unit with a singular purpose of investigating all manner of corruption is an optimal way to address the complex and varied threats posed by corrupt activity."

U.S. Attorney Daly explained that the Task Force is focused on rooting out not only corrupt elected officials, but also federal, state and municipal employees who use their position for personal gain at the expense of the public good. The Task Force also will investigate corruption that threatens public resources, the electoral process, and fair economic opportunities for citizens and businesses. In addition, the Task Force is charged with uncovering corruption within both public and private institutions that receive and misuse taxpayer dollars.

Assistant U.S. Attorney Christopher M. Mattei, who is Chief of the U.S. Attorney's Office's Financial Fraud and Public Corruption Unit, is coordinating the Task Force. The FBI has committed resources to support all Task Force investigations and serves as the lead investigative agency.

"The New Haven Division of the FBI is joining forces with our federal agency partners to combat public corruption throughout the State of Connecticut," said FBI Special Agent in Charge Patricia M. Ferrick. "With the assistance and cooperation of these partners, the Connecticut Public Corruption Task force is well positioned to successfully root out and put an end to public corruption within our area. Public servants are entrusted by all of us to act in the best interests of the public they serve. It is important for the United States to bring to justice those who betray that trust. Public corruption at all levels of local, state, and federal

government must not be tolerated, and this task force will leverage the best assets of the task force partner agencies to address the threat posed by corrupt public officials."

The Task Force has been at work for several months and has already made significant gains in several investigations, including the recent arrest of the former Finance Director of Plymouth who is alleged to have embezzled more than $800,000 from the town.

"The Postal Inspection Service has enjoyed a close relationship with the Connecticut U.S. Attorney's Office through the years working intricate and complex fraud cases that involve the illicit use of the U.S Mails," said Inspector in Charge Shelly A. Binkowski of the U.S. Postal Inspection Service. "The U.S. Postal Inspection Service welcomes the formation of the Connecticut Public Corruption Task Force, a partnership that presents a tremendous opportunity for various agencies to pool resources and expertise to ensure public officials are held accountable."

"Investigating public corruption remains one of IRS Criminal Investigation's highest priorities," said William Offord, Special Agent in Charge, Internal Revenue Service. "Public trust is broken when elected or appointed officials commit crimes – most often triggered by greed and resulting in unlawful personal financial gain. IRS agents contribute their financial investigative expertise to this formidable investigative team."

"As part of the Public Corruption Task Force, HHS OIG will ensure that the department's dollars are not misused though public corruption and are instead used for their intended purpose of ensuring that the most vulnerable members of our society – including the elderly, poor and children – receive services funded at least in part by taxpayers," said Phillip Coyne, Special Agent in Charge of the Boston Regional Office of the Health and Human Services Office of the Inspector General. "Working with our federal, state and local law enforcement partners, we will continue to vigorously bring those who steal from these programs to justice."

"The core mission of the U.S. Department of Housing and Urban Development (HUD) includes creating strong, sustainable communities and quality affordable homes for all," said Christina Scaringi, Special Agent in Charge of the Northeast Region of HUD's Office of Inspector General. "To carry out its mission, HUD depends on the services of housing authority staff; owners and management agents of HUD-assisted multifamily developments; state, local, and municipal governments that receive HUD funding in the form of community development grants; and nonprofit organizations that administer a variety of programs including housing the homeless. HUD also oversees the administration of over $150 million awarded to the State of Connecticut for Hurricane Irene and Sandy disaster relief purposes. HUD OIG is dedicated to aggressively pursuing those who choose to engage in corrupt behavior, and we are proud to be a part of this all-important task force."

U.S. Attorney Daly encouraged citizens to report corrupt activity by calling **1-800-CALL-FBI (1-800-225-5324).**

"Connecticut's unfortunate recent history with corruption is well known, but so is this Office's history of combating corrupt activity," said U.S. Attorney Daly. "Our efforts have been aided by a dogged media and courageous, conscientious citizens, business owners and public officials who have provided information about corrupt activity in their midst. We call on public servants, the vast majority of whom are honest brokers, to not look the other way

when they see indications of corruption. We cannot overstate the importance of citizen participation in our fight against corruption, and we urge all citizens to assist us in this effort."

**PUBLIC AFFAIRS CONTACT:**

**U.S. ATTORNEY'S OFFICE**
Tom Carson
(203) 821-3722
thomas.carson@usdoj.gov

# EXHIBIT B

```
CLERK, SUPERIOR COURT              RAHUL D MANCHANDA
JUDICIAL DISTRICT OF NEW HAVEN     STE. 4000
235 CHURCH STREET                  17 STATE STREET
NEW HAVEN, CT 06510                NEW YORK, NY 10004
```

**Docket Number: NNH-FA-15-4064815-S    Notice Issued: 02/04/2016**

**Case Caption: KRUCZIC, SHARIE  v. MANCHANDA, RAHUL, D**

JDNO NOTICE                                Sequence #: 1

```
THE MOTION FOR CONTINUANCE IN THIS MATTER HAS
BEEN GRANTED.  THE 2/10/16 MOTION ON THE CONTEMPT
CALENDAR IS OFF AS THERE HAS BEEN COMPLIANCE AND NO NEED
FOR A HEARING.  IF YOU HAVE ANY QUESTIONS
QCALL THE FAMILY CASEFLOW OFFICE AT
(203) 503-6804.  THE FAX NUMBER IS
(203) 867-6038.


             Emons, J
             PRESIDING JUDGE
             FAMILY
```

```
CLERK, SUPERIOR COURT                RAHUL D MANCHANDA
JUDICIAL DISTRICT OF NEW HAVEN       STE. 4000
235 CHURCH STREET                    17 STATE STREET
NEW HAVEN, CT 06510                  NEW YORK, NY 10004
```

Docket Number: **NNH-FA-15-4064815-S**    Notice Issued: **02/01/2016**
Case Caption: **KRUCZIC, SHARIE  v. MANCHANDA, RAHUL, D**

JDNO NOTICE                          Sequence #: **1**

03/01/2016 AT 9:30AM

004678
PS21485
EN22S2108
EFJDNO
02/01/2016



SUPERIOR COURT
JUDICIAL DISTRICT OF NEW HAVEN
235 CHURCH ST
NEW HAVEN CT 06510

RAHUL D MANCHANDA
STE. 4000
17 STATE STREET
NEW YORK, NY 10004

Docket Number: **NNH-FA-15-4064815-S**       Notice Issued: 01/29/2016

Case Caption: **KRUCZIC, SHARIE  v. MANCHANDA, RAHUL, D**

Position Number: **5** - New Haven Short Calendar 04

Court Date: **02/10/2016**                    Assigned Judge:

---

February 10, 2016 - NNH - SHORT CALENDAR 04 - FAMILY MATTERS - NOTICE

\* -  165.00 CONTEMPT CITATION PJ

---

IMPORTANT:

**\*\*Read all information on both sides of this notice\*\***

Self-represented (pro se) parties and attorneys who have obtained an exclusion from E-Services requirements must submit markings by calling **203-503-6802**. Attorneys and Law Firms must submit markings electronically through E-Services (www.jud.ct.gov). If your matter is a motion filed in connection with discovery or a deposition in a family matter under Chapter 13 of the Practice Book, then you do not have to come to court on the day of the calendar.

TIMES TO APPEAR

**Parties and Attorneys on any cases not assigned a specific hearing time must report to Court as follows:**

There will be a call of all cases at 9:30 am in Courtroom 3E.

Pursuant to Practice Book Section 3-8 (b), a Limited Appearance Pilot Program has been established by the Chief Court Administrator for all family and family support magistrate matters statewide effective January 6, 2014.

As of that date, a party and an attorney may agree that the attorney will represent the party for a specific event or proceeding in any family or family support magistrate case. For more information, please visit the Judicial Branch website at www.jud.ct.gov.

See Other Side For Additional Information        Side 1 of 2

```
SUPERIOR COURT                               RAHUL D MANCHANDA
JUDICIAL DISTRICT OF NEW HAVEN               STE. 4000
235 CHURCH ST                                17 STATE STREET
NEW HAVEN CT 06510                           NEW YORK, NY 10004
```

Docket Number: **NNH-FA-15-4064815-S**      Notice Issued: **01/22/2016**

Case Caption:  **KRUCZIC, SHARIE  v. MANCHANDA, RAHUL, D**

Position Number:  **8** - New Haven Short Calendar 05

Court Date: **02/04/2016**                 Assigned Judge:

February 04, 2016 - NNH - SHORT CALENDAR 05 - FAMILY SHORT CALENDAR - NOTICE

* - 166.00 OBJECTION TO MOTION

**IMPORTANT:**

**Read all information on both sides of this notice**

Self-represented (pro se) parties and attorneys who have obtained an exclusion from E-Services requirements must submit markings by calling **203-503-6802**. Attorneys and Law Firms must submit markings electronically through E-Services (www.jud.ct.gov). If your matter is a motion filed in connection with discovery or a deposition in a family matter under Chapter 13 of the Practice Book, then you do not have to come to court on the day of the calendar.

**TIMES TO APPEAR**

**Parties and Attorneys on any cases not assigned a specific hearing time must report to Court as follows:**
There will be a call of all cases at 9:30 am in Courtroom 3E.

Pursuant to Practice Book Section 3-8 (b), a Limited Appearance Pilot Program has been established by the Chief Court Administrator for all family and family support magistrate matters statewide effective January 6, 2014.
As of that date, a party and an attorney may agree that the attorney will represent the party for a specific event or proceeding in any family or family support magistrate case. For more information, please visit the Judicial Branch website at www.jud.ct.gov.

See Other Side For Additional Information            Side 1 of 2

**Subject:** PROPOSED OFFER OF UNIVERSAL SETTLEMENT
**From:** "Rahul Manchanda, Esq." <rdm@manchanda-law.com>
**Date:** 1/13/2016 4:38 PM
**To:** rdmesq@sbcglobal.net, "pvcartyesq@aol.com" <pvcartyesq@aol.com>
**BCC:** rdm@manchanda-law.com

Hello:

To avoid continued and protracted litigation can you please make an offer of
universal settlement approvable by the court?

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
17 State Street
Suite 4000
New York, New York 10004
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (800) 750-1828

e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and
2013.

Licensed New York State Real Estate Broker

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

This electronic transmission is both personal and confidential, and contains
privileged information intended only for the use of the individual or entity named
above. If the reader is not the intended recipient, you are hereby notified that
any dissemination or copying of this transmission is strictly prohibited. If there
are any problems with this transmission, or you have received it in error, please
immediately notify us by telephone and return the original transmission to us at
the above address via the U.S. Postal Service.

Attention: All foreign nationals (permanent residents and children included) are
required to report any change in address within ten (10) days to the USCIS using
Form AR-11. Foreign nationals must report address changes to the USCIS by
completing this form and sending it to the USCIS. The form can be obtained from
the USCIS website at: http://www.uscis.gov/files/form/ar-11.pdf. Please also
notify our office of your new address.

Download our Immigration Law Firm Brochure at
http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf

3/8/2016 5:22 PM

**Subject:** RESOLUTION
**From:** "Rahul Manchanda, Esq." <rdm@manchanda-law.com>
**Date:** 3/4/2016 1:59 PM
**To:** rdmesq@sbcglobal.net, "pvcartyesq@aol.com" <pvcartyesq@aol.com>
**BCC:** rdm@manchanda-law.com

Robert Mercer-Falkoff/Paul Carty:

As per US SDNY Bankruptcy Judge James L Garrity today he asked me to reach out to you 3 (Sharie included, Robert please forward this email on to her) and see if we can resolve all of our issues in an agreement.

If not, then he has instructed me to file a memo of law in support of my contempt motions with a legal explanation that your conduct and behavior has violated the stay.

I believe that I can show this, with the "threats of contempt" or "threats of criminal prosecution" cases I already submitted to the court, as per the ***Weary v Poteat*** case issued last September 2015, as well as others.

Please reach out to me within the next 3 days and let me know if we can resolve our difficulty here, or I will be preparing a memo of law and 3 proposed Orders for Contempt to be signed by the Judge as per his request today in court.

Kind regards,

```
--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
17 State Street
Suite 4000
New York, New York 10004
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (800) 750-1828

e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html
```

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and

Licensed New York State Real Estate Broker

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

This electronic transmission is both personal and confidential, and contains privil

Attention: All foreign nationals (permanent residents and children included) are re

# EXHIBIT C

greenwich
time
http://www.greenwichtime.com/news/article/Greenwich-woman-charged-with-new-harassment-count-
6443366.php

# Greenwich woman charged with new harassment count

By Ken Borsuk  Published 6:57 pm, Thursday, August 13, 2015



Lee Whitnum

Greenwich resident and declared 2018 gubernatorial candidate **Lee Whitnum** is facing new criminal charges after an Aug. 11 arrest in Woodbridge.

Whitnum was charged with two counts each of criminal violation of a protective order and second-degree harassment. She was released on $10,000 bond and is due in court for arraignment in New Haven on Aug. 19.

According to the **Woodbridge Police Department**, Whitnum turned herself in Aug. 11 and was arrested without incident. Last week, Whitnum had sent out a news release claiming she was "on the lam" from Woodbridge police due to the pending charges, which stem from her ongoing dispute with Judge **Jane Emons**, who had presided over Whitnum's divorce case.

"She's not supposed to have any contact with the person and this happened on two separate occasions," Woodbridge Police Public Information Officer Frank Cappiello said Thursday.

Emons has an order of protection against Whitnum after what the judge claims has been harassment. Whitnum has heavily criticized Emons for her conduct in the divorce case, saying she was improperly treated in court and subject to discrimination due to her political views on Israel's policy toward Palestinians and what she perceives as Israel's undue influence over Congress.

Whitnum is slated to go on trial Aug. 25 in Norwalk Superior Court for previous charges of harassment, criminal trespass and disorderly conduct involving Emons. Those charges stem from arrests in April 18, 2013, and May 15, 2013.

Whitnum has pleaded not guilty and is acting as her own attorney. She was convicted Tuesday after a one-day trial on an infraction charge of creating a public disturbance at the state Superior Court Law Library in Stamford. She will not serve prison time but was fined $90.

Whitnum has denied the charges and, in her news release last week, said she had not intended to violate the order, but rather send papers to Emons in the mail regarding a lawsuit she has filed against the judge.

"I had no idea I was breaking the law," Whitnum said last week. "I have two lawsuits against Jane Emons and I sent her the court documents because I am required to do so under Connecticut's general statutes and federal law. I am required to provide copies of the documents to all litigants, and the protective order was modified in 2014 to allow normal court work. I believe this is nothing more than retaliation for my filing two lawsuits against her."

Cappiello said the two new charges involved mailings, but did not release any additional information about the nature of Whitnum's arrest.

Whitnum could not be reached for additional comment.

Whitnum has run for political office on several occasions, unsuccessfully challenging both U.S. Sens. Richard Blumenthal and Chris Murphy, as well as U.S. Rep. Jim Himes, as a Democrat. She lost primaries to Himes and Murphy, and was not able to put one together a

formal challenge against Blumenthal. She has declared herself to be a candidate for governor in 2018.

Earlier this year, a lawsuit Whitnum filed against the town of Greenwich and First Selectman Peter Tesei was dismissed. She had claimed she was discriminated against because the town had raised the Israeli flag outside of Town Hall to mark Israeli Independence Day and had allowed a bar mitzvah to be held in Town Hall.

kborsuk@scni.com

© 2016 Hearst Communications, Inc.

H E A R S T

familycourtindustrialcomplex

# HOW THE ELITE USE THE FAMILY COURT
# INDUSTRIAL COMPLEX TO QUELL AND QUASH
# DOMESTIC POLITICAL DISSIDENTS AND USURP
# THE US CONSTITUTION

November 7, 2015November 7, 2015  |  familycourtindustrialcomplex

### *HOW THE ELITE USE THE FAMILY COURT INDUSTRIAL COMPLEX TO QUELL AND QUASH*
### *DOMESTIC POLITICAL DISSIDENTS AND USURP THE US CONSTITUTION*

While the same elite international banking and money powers use the "Military Industrial Complex," a phrase first coined by President Eisenhower, using the derogatory terms "terrorist" and "insurgent" to crush and quell the activities of foreign military and governmental power overseas, without the need to resort to the constitutional constraints imposed, enforced, and promulgated by the 3 branches of US Governmental power embodied in the Executive, Legislative and Judicial branches, this same power elite use the unconstitutional bodies of law and administration embodied within the Violent Crime Control and Law Enforcement Act ("VCCLEA") and Violence Against Womens Act ("VAWA") to quell, control, quash, and destroy those they deem to be political impediments towards their grand vision of a New World Order using the "Family Court Industrial Complex."



Both of these methodologies have one common denominator – the appellation and labeling of a targeted individual or group with an emotional heart-pulling label which therefore then allows the full force and power of the US Government to skirt the US Constitution and the protections it affords to absolutely obliterate and destroy their intended targets.



Therefore, while the Military Industrial Complex focuses on destroying or disrupting those foreign impediments to the unbridled power of the international elite, the Family Court Industrial Complex, composed of bribed and corrupted judges, law clerks, child protective service workers, police officers, forensic evaluators, guardians ad litem, court appointed lawyers, and others intrinsically involved, act in concert to utterly destroy and silence those domestic individuals who represent a threat to their power within US Borders.



Using the Hitlerian-coined phrase "best interests of the child," these family court industrial complex members proceed to deprive human beings of their God-given and constitutionally vested rights whenever they decide to do so.



In Khepri Rising's seminal book "The Family Court Industrial Complex and Post Traumatic Family Court Disorder" the author describes how in the United States, "being a father means stepping into the heinous gladiatorial arena of the Family Court Industrial Complex. Men and their families have been pushed into the cattle cars of history with a disregard for the value of their lives. The criminals stand unaccused behind a veil of language and motives which they purport are in "the best interests of the

child". Men wear the badge of "dead beats" and stand as thin Giacometti-esque caricatures behind a fence placed between themselves and their children, interred in a camp of illusions and false hopes given by a psychotic system which suffers from delusions of grandeur…The Family Court Industrial Complex and Post Traumatic Family Court Disorder conclusively establishes that child support and the savage nature of the family court system is evolutionary based "male rape" and that many of the systems victims are suffering from an insidious malady known as Post Traumatic Family Court Disorder (PTFCD)…For too long man has laid dormant while the barbarian family court system has ravaged his home and decimated his family, and he emotionally too crippled to even put into words what lie submerged within a cavern of emotions too painful to even bear let alone name or grieve." Khepri Rising's ground-breaking academic work published in 2012 "provides the groundbreaking foundation for the moral recognition and understanding of man's relationship to the kidnappers of his family."



The first step in abolishing your own slavery is to admit that it exists.



As Johann Wolfgang von Goethe said, "None are more hopelessly enslaved than those who falsely believe they are free."



It is time for the American people to wake up and face their enslavers, and demand that their human rights, civil liberties, and constitutional protections be immediately restored.



About these ads (https://wordpress.com/about-these-ads/)

**BLOG AT WORDPRESS.COM.** | **THE MINNOW THEME.**