Hon. James L. Garrity

U.S. Bankruptcy Court for the Southern District of NY

One Bowling Green

New York, NY 1004-1408


RE: Debtor Rahul Manchanda

No. 16-10222-JLC


Dear Judge Garrity,


I did receive notice of extention of time for the above referenced matter. I will not be able to physically attend the matter as I reside in Branford, CT. I am the former spouse of the debtor and his filing against me is improper as this is a child support matter. As I stated in my previous response, this matter is currently in from on Judge Jane Emons. Do date, no change in child support has been ordered by her. On March 1 we did have a court date in which the father failed to appear.


The Motion for Contempt against me should be dismissed as frivolous and with prejudice.


Thank you,

*Sharie O'Buck*

Sharie O'Buck (formerly Kruzic)

(917) 371-1176



RECEIVED
MAR 11 2016
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK