**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW HAVEN**

In re:

RAHUL DEV MANCHANDA                    Chapter 13

                                       Case No:  16-10222 (JLG)

                   Debtor

                                       April 14, 2016

**<u>AFFIDAVIT</u>**

The undersigned hereby respectfully submits this Affidavit pursuant to an inquiry by the Honorable Judge James Garrity, Jr. of the Bankruptcy Court for the Southern District of New York.

1.  The undersigned's office sends out monthly billing on or about the first of every month.

2.  That the statements reflect work done for the preceding month.

3.  That on or about February 29, 2016, the undersigned's billing clerk entered in to the office database any and all time expended on matters by attorneys in the firm of Kolb & DiSilvestro.

4.  That the undersigned reviewed said bills for accuracy before they were mailed on or about the 1st of March, 2016.

5.  That the undersigned sent a bill dated March 1, 2016 to the Debtor's ex-wife, Shari O'Buck, for her portion of the outstanding bill in the amount due of $218.75.

6. That the undersigned directed his staff to not send a bill to Mr. Manchanda in that he had filed bankruptcy.

7. Upon information and belief, the undersigned's office sent a bill only to Mrs. O'Buck.

8. That a review of the undersigned's billing statements show that a handwritten note on the March 1, 2016 billing for the Manchanda matter, only has a notation that it be sent to Mrs. O'Buck.

9. That if any bill went out to Mr. Manchanda (which is alleged by the Debtor, however, no proof has been forwarded to the Court and/or the undersigned), it was inadvertent and unintentional.

10. That the Debtor, under oath, was unable to express to the Court any work performed by the undersigned.

11. Any bill received by the Debtor details work performed. Therefore, any post-petition bills received by the Debtor which again would have been unintentional and inadvertent is for his benefit in seeing work performed.

12. The undersigned would be remiss is not addressing a blatant disingenuous representation to this Court in an email to Judge Garrity's chambers on April 13, 2016 at 12:38 p.m. that the undersigned filed a motion to collect his pre-bankruptcy fees. This is false in that (a) no proof of same was offered; (b) the judicial website does not reflect same; and (c) is an outright lie. The undersigned has not filed a

motion and stands by his previous filings to this Court and oral agreement on April

12, 2016.  Furthermore, the undersigned attaches several emails advising the Debtor

about motions that were to be heard from Attorney Elizabeth Cooney which do **NOT**

mention any motions by the undersigned.  (See attached emails and Court transcript

of April 14, 2016).

13. The undersigned respectfully would ask the Court to consider the blatant

    misrepresentations by the Debtor when ruling on any and all motions.

14. The undersigned respectfully submits this Affidavit in accordance with the inquiry by

    the Honorable James Garrity, Jr.


BY:_____

        JOSEPH A. DISILVESTRO, SELF REPRESENTED


Subscribed and sworn to before me this 14th day of April, 2016.


        _____

                NOTARY PUBLIC

## CERTIFICATION

     I hereby certify on this 14th day of April, 2016, a copy of the foregoing was served via first class, postage prepaid mail and/or via ECF e-mail, to:

Rahul Manchanda, Esq.
82 Beaver Street, Apt 301
New York, NY  10005

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

Honorable James L. Garrity, Jr.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004

Jeffrey L. Sapir, Esq.
As Chapter 13 and 12 Trustee
399 Knollwood Road, Suite 102
White Plains, NY  10603

BY: _____
        JOSEPH A. DISILVESTRO, SELF REPRESENTED
        49 High Street
        East Haven, CT  06512
        Tel. No:  (203) 469-4475

## Joseph DiSilvestro

| | |
|---|---|
| **From:** | Cooney, Elizabeth <Elizabeth.Cooney@jud.ct.gov> |
| **Sent:** | Wednesday, April 13, 2016 3:48 PM |
| **To:** | rdm@manchanda-law.com |
| **Cc:** | Joseph DiSilvestro |
| **Subject:** | 4/14/16 |

Mr. Manchanda,

  Judge Emons has agreed to schedule you motions for tomorrow. As you are aware Attorney Mercer-Falkoff is having health problems and at this point in time he is unaware of the scheduling of your motions.
His office will be notified by fax.

Elizabeth Cooney, Esq.
Family Caseflow Coordinator
New Haven Superior Court
235 Church Street
New Haven, CT. 06511
(203) 503-6804
(203) 867-6038

1

## Joseph DiSilvestro

| | |
|---|---|
| **From:** | Rahul Manchanda, Esq. <rdm@manchanda-law.com> |
| **Sent:** | Wednesday, April 13, 2016 3:58 PM |
| **To:** | Cooney, Elizabeth; Robert J. Deichert; Sara Manchanda; rmanchan@yahoo.com; USACT.Citizenscomplaint@usdoj.gov; Peter Markle |
| **Cc:** | Joseph DiSilvestro; newhaven@ic.fbi.gov |
| **Subject:** | Re: 4/14/16 |

Ms Cooney:

I am not aware of any spontaneous "health problems" of opposing counsel which miraculously arose today.

At any rate I will be there at 9 AM for purposes of changing the supervised visitation venue and reducing my child support, which do not even require his appearance as long as the GAL has been notified, which it appears from your below email that he has.

I would also ask the court to provide proof of Mr Mercer-Falkoff's spontaneous health issues as given the circumstances and his dishonesty thus far, they are extremely suspicious, and probably for nefarious purposes m to delay my rights to see and speak to my kids as a father.

I have also been in touch with Robert Deichert CT Assistant Attorney General who has assured me that there will be no impediments thereon going forward tomorrow, and he is also cc'ed herein.

Kind regards,


Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html
Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.
Licensed New York State Real Estate Broker
CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html
This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service.
Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: http://www.uscis.gov/files/form/ar-11.pdf. Please also notify our office of your new address.
Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html
Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.
Licensed New York State Real Estate Broker
CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html
This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the
individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying
of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please
immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service.
Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten
(10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and
sending it to the USCIS. The form can be obtained from the USCIS website at: http://www.uscis.gov/files/form/ar-11.pdf. Please also
notify our office of your new address.
Download our Immigration Law Firm Brochure at http://manchanda-
law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf

On Apr 13, 2016, at 3:47 PM, Cooney, Elizabeth <Elizabeth.Cooney@jud.ct.gov> wrote:

> Mr. Manchanda,
>  Judge Emons has agreed to schedule you motions for tomorrow. As you are aware Attorney Mercer-
> Falkoff is having health problems and at this point in time he is unaware of the scheduling of your
> motions.
> His office will be notified by fax.
>
> Elizabeth Cooney, Esq.
> Family Caseflow Coordinator
> New Haven Superior Court
> 235 Church Street
> New Haven, CT. 06511
> (203) 503-6804
> (203) 867-6038

## Joseph DiSilvestro

| | |
|---|---|
| **From:** | Manchanda Law Office PLLC <info@manchanda-law.com> |
| **Sent:** | Wednesday, April 13, 2016 4:06 PM |
| **To:** | Deichert, Robert J.; rmanchan@yahoo.com; Sara Manchanda; Elizabeth Cooney; Joseph DiSilvestro |
| **Subject:** | Re: NEW HAVEN SUPERIOR COURT JUDGE JANE EMONS AND HER LAW CLERK ELIZABETH COONEY [CTAG-CTAG.FID1139554] |

Mr Deichert:


Yes I am aware of your role and limitations in this matter but given the behavior of your client and her court I would request and advise that you pay close attention to her actions, as harassment and retaliation comes in many forms.


Kind regards,


Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html
Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.
Licensed New York State Real Estate Broker
CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html
This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service.
Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: http://www.uscis.gov/files/form/ar-11.pdf. Please also notify our office of your new address.
Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf


On Apr 13, 2016, at 3:59 PM, Deichert, Robert J. <Robert.Deichert@ct.gov> wrote:

> Attorney Manchanda,
> I received your voice mail. Unfortunately, today is very busy and I am unable to call back at this time. To the extent you asked if things are all set for tomorrow, it is my understanding that they are and I will do what I can to relay your concerns to the Court. That said, I will reiterate that I am not in New Haven, nor do I have a role in your family proceeding. My sole role is to represent Judge Emons in

connection with the bankruptcy proceeding.   If you have questions or concerns regarding your motions, or other issues in the family proceeding, you should direct them to the Court and not to me.  I am not in a position to assist any more than I have.

Have a good evening,
Rob

Robert J. Deichert
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

**Phone:** 860.808.5020
**Fax:**    860.808.5347
**Email:** Robert.Deichert@ct.gov
**URL:**   http://www.ct.gov/ag/

**CONFIDENTIAL INFORMATION:** The information contained in this e-mail is confidential and protected from general disclosure. If the recipient or the reader of this e-mail is not the intended recipient, or person responsible to receive this e-mail, you are requested to delete this e-mail immediately and do not disseminate or distribute or copy. If you have received this e-mail by mistake, please notify us immediately by replying to the message so that we can take appropriate action immediately and see to it that this mistake is rectified.

**From:** Manchanda Law Office PLLC [mailto:info@manchanda-law.com]
**Sent:** Wednesday, April 13, 2016 3:48 PM
**To:** Deichert, Robert J.
**Cc:** Sara Manchanda; RishiManchanda
**Subject:** Re: NEW HAVEN SUPERIOR COURT JUDGE JANE EMONS AND HER LAW CLERK ELIZABETH COONEY [CTAG-CTAG.FID1139554]

Mr Deichert:

Just left you a voicemail message. Please call me back at (646) 645-0993.

Kind regards,

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html
Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.

Licensed New York State Real Estate Broker
CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html
This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: http://www.uscis.gov/files/form/ar-11.pdf. Please also notify our office of your new address.
Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf


On Apr 13, 2016, at 2:33 PM, Deichert, Robert J. <Robert.Deichert@ct.gov> wrote:

You're welcome.  Have a good day.

Robert J. Deichert
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

**Phone:** 860.808.5020
**Fax:**    860.808.5347
**Email:** Robert.Deichert@ct.gov
**URL:**  http://www.ct.gov/ag/

**CONFIDENTIAL INFORMATION:** The information contained in this e-mail is confidential and protected from general disclosure. If the recipient or the reader of this e-mail is not the intended recipient, or person responsible to receive this e-mail, you are requested to delete this e-mail immediately and do not disseminate or distribute or copy. If you have received this e-mail by mistake, please notify us immediately by replying to the message so that we can take appropriate action immediately and see to it that this mistake is rectified.

**From:** Manchanda Law Office PLLC [mailto:info@manchanda-law.com]
**Sent:** Wednesday, April 13, 2016 2:25 PM
**To:** Deichert, Robert J.
**Cc:** Sara Manchanda; RishiManchanda
**Subject:** Re: NEW HAVEN SUPERIOR COURT JUDGE JANE EMONS AND HER LAW CLERK ELIZABETH COONEY [CTAG-CTAG.FID1139554]

Mr Deichert:

Thank you kindly once again, from both myself and my family.

Kind regards,

3

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html
Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.
Licensed New York State Real Estate Broker
CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html
This electronic transmission is both personal and confidential, and contains privileged information
intended only for the use of the individual or entity named above. If the reader is not the intended
recipient, you are hereby notified that any dissemination or copying of this transmission is strictly
prohibited. If there are any problems with this transmission, or you have received it in error, please
immediately notify us by telephone and return the original transmission to us at the above address
via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children
included) are required to report any change in address within ten (10) days to the USCIS using
Form AR-11. Foreign nationals must report address changes to the USCIS by completing this
form and sending it to the USCIS. The form can be obtained from the USCIS website at:
http://www.uscis.gov/files/form/ar-11.pdf. Please also notify our office of your new address.
Download our Immigration Law Firm Brochure at http://manchanda-
law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf


On Apr 13, 2016, at 2:13 PM, Deichert, Robert J. <Robert.Deichert@ct.gov>
wrote:

> Attorney Manchanda,
> I appreciate the kind e-mail. I obviously cannot speak to
> your specific experiences, but I can say that in my
> experience Connecticut courts are consistent in applying
> the marking rules. Hopefully there will be no issues in
> the future, but if there are please do reach out to me first
> as Judge Garrity ordered. To be clear, I cannot guarantee
> that we will be able to resolve any issues that may arise
> but Judge Garrity clearly wants you to make the attempt
> before burdening the Court.
>
> Best,
> Rob
>
> Robert J. Deichert
> Assistant Attorney General
> Office of the Attorney General
> 55 Elm Street
> P.O. Box 120
> Hartford, CT 06141-0120
>
> Phone: 860.808.5020

Fax:     860.808.5347
Email: Robert.Deichert@ct.gov
URL:   http://www.ct.gov/ag/

CONFIDENTIAL INFORMATION: The information contained in
this e-mail is confidential and protected from general disclosure. If
the recipient or the reader of this e-mail is not the intended recipient,
or person responsible to receive this e-mail, you are requested to
delete this e-mail immediately and do not disseminate or distribute or
copy. If you have received this e-mail by mistake, please notify us
immediately by replying to the message so that we can take
appropriate action immediately and see to it that this mistake is
rectified.

**From:** MANCHANDA LAW OFFICE PLLC [mailto:INFO@MANCHANDA-LAW.COM]
**Sent:** Wednesday, April 13, 2016 1:59 PM
**To:** Deichert, Robert J.
**Cc:** Sara Manchanda; RishiManchanda
**Subject:** Re: FW: NEW HAVEN SUPERIOR COURT JUDGE JANE EMONS
AND HER LAW CLERK ELIZABETH COONEY [CTAG-CTAG.FID1139554]

Mr Deichert:

I appreciate your helpfulness with the below. While I do not
acknowledge not following procedure (the clerks there appear to
pick and choose which rules they follow and which ones they
don't, in an extremely arbitrary and capricious manner). This is one
of the reasons I was forced to bring these issues to appellate and
review boards to shed light on this problem, which I can assure
you I am one of thousands. To that end I want to once again thank
you for your intervention here, and will certainly reach out to you
first, before the below named parties, in the future.

Kindest regards,



```
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660

e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by
Newsweek Magazine in 2012 and 2013.
```

Licensed New York State Real Estate Broker

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

BOOK CONSULTATION ONLINE AT
https://squareup.com/appointments/book/YUJAEI/manchanda-law-office-pllc

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service.

Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: http://www.uscis.gov/files/form/ar-11.pdf. Please also notify our office of your new address.

Download our Immigration Law Firm Brochure at http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf

On 4/13/2016 1:20 PM, Deichert, Robert J. wrote:

> Good afternoon Attorney Manchanda,
> Under Connecticut procedure, motions are scheduled for a given date and then if a party wishes to have them heard the party must mark them ready. The process for doing so is clearly indicated. Your motions set for tomorrow were not marked ready, which ordinarily would mean that they would not be heard and that you could reclaim them for a later date. However, as a courtesy, Judge Emons is willing to hear your motions tomorrow, April 14, despite your failure to mark them ready. I trust this resolves your concern. If you choose to proceed tomorrow, please contact Elizabeth Cooney by fax at 203-867-6038 immediately because it is imperative that opposing counsel receive notice.
>
> Per Judge Garrity's Order that you should seek to resolve any issues by contacting opposing counsel before involving the Court, I would recommend that you contact me with any future issues instead of e-mailing Judge Garrity, among others. To be sure there is no confusion, Judge Emons' willingness to

6

accommodate you despite your non-compliance
with the rules is a courtesy and is not—and should
not be construed as—an acknowledgement that the
Superior Court's actions in any way implicate the
automatic stay.  Nor should you take it as
authorization to fail to comply with applicable rules
and procedures in the future.

Best,
Rob

Robert J. Deichert
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

**Phone:** 860.808.5020
**Fax:**    860.808.5347
**Email:** Robert.Deichert@ct.gov
**URL:**  http://www.ct.gov/ag/

**CONFIDENTIAL INFORMATION:** The information
contained in this e-mail is confidential and protected from
general disclosure. If the recipient or the reader of this e-mail
is not the intended recipient, or person responsible to receive
this e-mail, you are requested to delete this e-mail
immediately and do not disseminate or distribute or copy. If
you have received this e-mail by mistake, please notify us
immediately by replying to the message so that we can take
appropriate action immediately and see to it that this mistake
is rectified.

**From:** MANCHANDA LAW OFFICE PLLC
[mailto:INFO@MANCHANDA-LAW.COM]
**Sent:** Wednesday, April 13, 2016 12:38 PM
**To:** USACT.Citizenscomplaint@usdoj.gov;
garrity.chambers@nysb.uscourts.gov; Deichert, Robert
J.; Sara Manchanda; 12035036885@efaxsend.com
**Cc:** Markle, Peter (USACT); newhaven@ic.fbi.gov;
civil.rights@usdoj.gov; special.litigation@usdoj.gov;
RishiManchanda; Mondell, Denise S.
**Subject:** Re: NEW HAVEN SUPERIOR COURT JUDGE
JANE EMONS AND HER LAW CLERK ELIZABETH COONEY

Hon Judge James Garrity:

You should also be aware that as per this law clerk
Elizabeth Cooney and the emails below, she told me
that the GAL has also apparently filed a motion to
collect his pre-bankruptcy petition fees (of course
without notifying me or me receiving said motions).
This is the situation I am dealing with down there

with New Haven Superior Court and Judge Jane
Emons. I remind this Honorable Court that my
motions for contempt against this GAL were only
heard yesterday in your court and your written
decision was due next week. I honestly do not know
what to do with this situation anymore, and I am
still waiting for a phonecall from CT Assistant
Attorney General Robert Deichert, Judge Jane
Emons' lawyer whom you asked me to speak with
before taking further federal legal action.

Respectfully submitted,

cc: CT Assistant Attorney General Robert Deichert,
USDOJ Civil Rights and Special Litigation
Division, New Haven FBI, US Attorney Peter
Markle, Hon Judge James Garrity, Judge Jane
Emons Chambers, CT Assistant Attorney General
Denise Mondell (Attorney for SCSU).

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660

e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the
United States by Newsweek Magazine in
2012 and 2013.

Licensed New York State Real Estate
Broker

CLIENT TESTIMONIALS:
http://www.manchanda-
law.com/ClientTestimonials.html

BOOK CONSULTATION ONLINE AT
https://squareup.com/appointments/book/YU
JAEI/manchanda-law-office-pllc

This electronic transmission is both
personal and confidential, and contains
privileged information intended only for
the use of the individual or entity named
above. If the reader is not the intended
recipient, you are hereby notified that

any dissemination or copying of this
transmission is strictly prohibited. If
there are any problems with this
transmission, or you have received it in
error, please immediately notify us by
telephone and return the original
transmission to us at the above address
via the U.S. Postal Service.

Attention: All foreign nationals
(permanent residents and children
included) are required to report any
change in address within ten (10) days to
the USCIS using Form AR-11. Foreign
nationals must report address changes to
the USCIS by completing this form and
sending it to the USCIS. The form can be
obtained from the USCIS website at:
http://www.uscis.gov/files/form/ar-
11.pdf. Please also notify our office of
your new address.

Download our Immigration Law Firm
Brochure at
http://manchanda-
law.com/MLO%20IMMIGRATION%20LAW%20BROCHUR
E.pdf
On 4/13/2016 12:12 PM, MANCHANDA LAW
OFFICE PLLC wrote:

> US Attorneys Office New Haven CT
> Citizen Complaints:
>
> In furtherance to the below
> complaint, I just received a phonecall
> from New Haven Superior Court
> Supervisor William Sadek who
> advised me in no uncertain terms that
> he could care less about the issues I
> am reporting below, or the fact that
> these behavior patterns are extremely
> unfair, unethical, harassing, and
> illegal. The bottom line is that I
> already received (weeks ago) written
> confirmation and notification from
> the New Haven Superior Court that
> my motions to see/speak to my kids
> and a reduction in child support were
> set for April 14, tomorrow, and that a
> phone call the day before, telling me
> they were put off to April 21, while
> my ex-wife's motions were still on
> for tomorrow, and additional
> motions my ex-wife filed through
> her lawyer Robert Mercer-Falkoff
> (which again I never received) were

also on for tomorrow. When is this type of arbitrary and capricious (and maliciously retaliatory) kind of behavior going to cease? I need intervention here.

Regards,

cc: CT Assistant Attorney General Robert Deichert, USDOJ Civil Rights and Special Litigation Division, New Haven FBI, US Attorney Peter Markle, Hon Judge James Garrity's Chambers, Judge Jane Emons Chambers,

Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline:
(855) 207-7660

e-mail: rdm@manchanda-law.com
web: www.manchanda-
law.com/MT_Rahul.html

Ranked amongst Top Attorneys
in the United States by
Newsweek Magazine in 2012 and
2013.

Licensed New York State Real
Estate Broker

CLIENT TESTIMONIALS:
http://www.manchanda-
law.com/ClientTestimonials.ht
ml

BOOK CONSULTATION ONLINE AT
https://squareup.com/appointm
ents/book/YUJAEI/manchanda-
law-office-pllc

This electronic transmission
is both personal and
confidential, and contains
privileged information
intended only for the use of
the individual or entity

10

named above. If the reader is
not the intended recipient,
you are hereby notified that
any dissemination or copying
of this transmission is
strictly prohibited. If there
are any problems with this
transmission, or you have
received it in error, please
immediately notify us by
telephone and return the
original transmission to us
at the above address via the
U.S. Postal Service.

Attention: All foreign
nationals (permanent
residents and children
included) are required to
report any change in address
within ten (10) days to the
USCIS using Form AR-11.
Foreign nationals must report
address changes to the USCIS
by completing this form and
sending it to the USCIS. The
form can be obtained from the
USCIS website at:
http://www.uscis.gov/files/fo
rm/ar-11.pdf. Please also
notify our office of your new
address.

Download our Immigration Law
Firm Brochure at
http://manchanda-
law.com/MLO%20IMMIGRATION%20L
AW%20BROCHURE.pdf
On 4/13/2016 11:21 AM,
MANCHANDA LAW OFFICE
PLLC wrote:

> US Attorneys Office
> Citizen Complaint
> Board New Haven:
>
> I received a phonecall
> this morning from law
> clerk Elizabeth
> Cooney of New
> Haven Superior Judge
> Jane Emons court as
> per the below. This is
> a formal complaint
> against law clerk
> Elizabeth Cooney of
> Judge Jane Emons
> below who on her

11

own, without permission from me, put off my motions set for tomorrow April 14, for (1) reduction of child support and (2) choosing a different supervised visitation venue, even though I have had these motions pending for months now, but they kept getting arbitrarily sent back to me. She told me they were never "marked ready," which is nonsense, as I received letters to that effect that they were scheduled for tomorrow. However she has also decided on her own to keep my ex-wife's motions for child support and custody on for tomorrow, when all of these motions were originally scheduled (all to be on the same day, tomorrow April 14). Furthermore she tells me that additional plaintiff's motions have been filed which opposing counsel Robert Mercer-Falkoff never sent to me. In essence this Judge Jane Emons is again interfering with my ability to see my own kids. Instead Elizabeth Cooney has placed my motions on for April 21, which I can not appear for and is too much

considering I live in
New York City.

CT Assistant Attorney
General Robert
Deichert:

Please call me
urgently at (646) 645-
0993 as Bankruptcy
Judge James Garrity
asked me to speak
with you about these
types of behavior
patterns before I take
further action in
federal court. These
are the types of
obstruction of justice
and games being
played by Judge Jane
Emons since this case
inception, and the
only ones suffering
are me and my kids.

cc: Hon Judge James
Garrity's Chambers,
Judge Jane Emons
Chambers, CT
Attorney General
Robert Deichert

Most sincerely,

Rahul D.
Manchanda, Esq.
Manchanda Law
Office PLLC
30 Wall Street,
8th Floor
New York, New
York 10005
Tel: (212) 968-
8600
Mob: (646) 645-
0993

13

Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660

e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.

Licensed New York State Real Estate Broker

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

BOOK CONSULTATION ONLINE AT https://squareup.com/appointments/book/YUJAEI/manchanda-law-office-pllc

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If

14

there are any
problems with
this
transmission, or
you have received
it in error,
please
immediately
notify us by
telephone and
return the
original
transmission to
us at the above
address via the
U.S. Postal
Service.

Attention: All
foreign nationals
(permanent
residents and
children
included) are
required to
report any change
in address within
ten (10) days to
the USCIS using
Form AR-11.
Foreign nationals
must report
address changes
to the USCIS by
completing this
form and sending
it to the USCIS.
The form can be
obtained from the
USCIS website at:
http://www.uscis.
gov/files/form/ar
-11.pdf. Please
also notify our
office of your
new address.

Download our
Immigration Law
Firm Brochure at
http://manchanda-
law.com/MLO%20IMM
IGRATION%20LAW%20
BROCHURE.pdf


-------- Forwarded
Message --------
      **Date:** Wed, 13 Apr 2016 09:48:17 -0400
     **From:** Sunshine Communications <mailer@sunshine1.com>

**Reply-To:**mailer@sunshine1.com
**To:**EMAIL <INFO@MANCHANDA-LAW.COM>

```
FIRST:  ELIZABETH
LAST:   COONEY W
SUPERI
PHONE:  203-503-
6800        ____
STATUS: NO
EMAIL:
EMERGENCY: NO
MESSAGE: WANTS
ALL THE MOTIONS
TO BE
        HEARD
APRIL 21
ALT0397
```

| | | |
|---|---|---|
| DOCKET NO:  NNHFA15-4064815 | : | SUPERIOR COURT |
| KRUCZIC, SHARIE | : | JUDICIAL DISTRICT<br>OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| MANCHANDA, RAHUL | : | APRIL 14, 2016 |

BEFORE THE HONORABLE JANE B. EMONS
**(EXCERPT TRANSCRIPT)**

A P P E A R A N C E S :


    Representing the Plaintiff:

    ATTY. MERCER-FALKOFF:


    Representing the Defendant:

    SELF-REPRESENTING PARTY

    Guardian ad Litem:

    ATTORNEY DISILVESTRO


                    Recorded By:
                    Kimberly Korwek

                    Transcribed By:
                    Kimberly Korwek

1                    *      *      *

2          ATTY. DISILVESTRO:  Your Honor, just for

3     purposes of the record, am I correct in stating that

4     there is no motion by myself that is calendared for

5     today?

6          THE COURT:  I don't believe that there is any

7     motion that involves you in any way that is

8     calendared for today.  Let me ask both parties if

9     they agree or disagree.  Do you agree, ma'am?

10         MS. KRUCZIC:  To be honest, your Honor, I am

11    very confused where we are in this case.  I really

12    don't know.  I rely on-- I'm going online and seeing

13    what's there.  So I really don't know, your Honor.

14         THE COURT:  Okay, are you aware of any reason

15    why Attorney DiSilvestro has to be here?

16         MR. MANCHANDA:  Exactly yesterday Ms. Cooney had

17    told me something about him having a motion to

18    compel fees and I asked her what that was about and

19    she told me-- I think she was confused, too.  You

20    know, again, I had no idea why he was cc'd on this

21    email either.  I thought maybe it was because of the

22    fact we're changing the supervised visitation that he

23    had to be present for that, but I have no idea why

24    Ms. Cooney had made that indication on the phone.

25         ATTY. DISILVESTRO:  Well, for the record, your

26    Honor, I had not filed a status conference, I have

27    not filed a motion to compel; I have not filed a

1        motion for contempt.  I have absolutely no motions

2        pending with regard to my fees and I want that on the

3        record very clearly.

4            THE COURT:  Do you agree, sir?

5            MR. MANCHANDA:  If that's the case, yes, your

6        Honor.

7            THE COURT:  Okay, fine.  Then I'm-- do either of

8        you have any objection to my excusing?

9            MR. MANCHANDA:  Well, I do, your Honor, in

10       the sense--

11           THE COURT:  And why is that?

12           MR. MANCHANDA:  Well, because part of the reason

13       that we're here is that I filed a motion to change

14       the venue for supervised visitation.

15           THE COURT:  And where is that motion?  Do you

16       know which motion it is, sir, because I'm not sure

17       that I saw that motion.

18           MR. MANCHANDA:  There was two motions that I

19       have.  One was-- and that was confirmed by, I think,

20       Connecticut Attorney General Robert Dechert

21       (phonetic), as well as, Ms. Cooney.

22           THE COURT:  Let me just get the record straight,

23       Connecticut Attorney General Robert Dechert

24       (phonetic) has nothing to do with--

25           MR. MANCHANDA:  Well, Ms. Cooney did it--

26           THE COURT:  This case at all.

27                 *     *     *

DOCKET NO:  NNHFA15-4064815    :    SUPERIOR COURT

KRUCZIC, SHARIE    :    JUDICIAL DISTRICT
     OF NEW HAVEN

     :    AT NEW HAVEN, CONNECTICUT

v.

     :    APRIL 14, 2016

MANCHANDA, RAHUL

### C E R T I F I C A T I O N

     I hereby certify the following pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, New Haven, Connecticut, before the Honorable Jane B. Emons, judge, on the 14th day of April, 2016.

     Dated this 14th day of April, 2016, in New Haven, Connecticut.

*Kimberly Korwek*
Kimberly Korwek
Court Recording Monitor