UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                             :
IN RE RAHUL MANCHANDA,          :          16-CV-2422 (JPO)
                                             :
                          Debtor.    :                ORDER
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

      Rahul Manchanda filed this appeal from the United States Bankruptcy Court for the Southern District of New York on April 1, 2016. (Dkt. No. 1.) On May 10, 2016, notice that the underlying record had been transmitted was docketed. Pursuant to Rule 8018(a) of the Federal Rules of Bankruptcy Procedure, unless the district court specifies otherwise, "[t]he appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." Fed. R. Bankr. P. 8018(a); *see also In re Fletcher Intern, Ltd.*, No. 14 Civ. 6070, 536 B.R. 551, 556 n.3 (S.D.N.Y. Sept. 9, 2015).

      Manchanda failed to file a brief in the allotted time. On July 12, 2016, this Court directed Manchanda to file a brief in support of his petition on or before July 27, 2016. (Dkt. No. 6.) The Court warned that failure to do so could result in dismissal of this action under Federal Rule of Bankruptcy Procedure 8018(a)(4). Manchanda again failed to file a brief in the time allotted by this Court. As a result, this action is dismissed.

      The Clerk is directed to terminate the case.

      SO ORDERED.

Dated:   September 23, 2016
             New York, New York

                                                                   J. PAUL OETKEN
                                                                   United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*