

**EXTENSION REQUEST?**

MANCHANDA LAW OFFICE PLLC   to: garrity.chambers@nysb.uscourts.gov   10/03/2016 01:10 AM
Cc: info

From: MANCHANDA LAW OFFICE PLLC <info@manchanda-law.com>
To: "garrity.chambers@nysb.uscourts.gov" <garrity.chambers@nysb.uscourts.gov>
Cc: <info@manchanda-law.com>

Please respond to <info@manchanda-law.com>

Willie Rodriguez:

I retained Matthew Cabrera bankruptcy lawyer back in July 2016 and paid him $2500.

He has since done absolutely nothing in 2 months as I have reported to you.

I think the next hearing is this week.

How do I file for an extension of time?

Kind regards,

--
Rahul D. Manchanda, Esq.
Manchanda Law Office PLLC
30 Wall Street, 8th Floor
New York, NY 10005
Tel: (212) 968-8600
Mob: (646) 645-0993
Fax: (212) 968-8601
Toll Free 24 Hour Hotline: (855) 207-7660
e-mail: rdm@manchanda-law.com
web: www.manchanda-law.com/MT_Rahul.html

Ranked amongst Top Attorneys in the United States by Newsweek Magazine in 2012 and 2013.

Licensed New York State Real Estate Broker

CLIENT TESTIMONIALS: http://www.manchanda-law.com/ClientTestimonials.html

This electronic transmission is both personal and confidential, and contains privileged information intended only for the use of the individual or entity named above. If the reader is not the intended recipient, you are hereby notified that any dissemination or copying of this transmission is strictly prohibited. If there are any problems with this transmission, or you have received it in error, please immediately notify us by telephone and return the original transmission to us at the above address via the U.S. Postal Service. Attention: All foreign nationals (permanent residents and children included) are required to report any change in address within ten (10) days to the USCIS using Form AR-11. Foreign nationals must report address changes to the USCIS by completing this form and sending it to the USCIS. The form can be obtained from the USCIS website at: http://www.uscis.gov/files/form/ar-11.pdf. Please also notify our office of your new address.

Download our Immigration Law Firm Brochure at
http://manchanda-law.com/MLO%20IMMIGRATION%20LAW%20BROCHURE.pdf